No. **CR 07 00595 JF**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

## OSIEL VERGARA-PEREZ

## INDICTMENT

**COUNT ONE**: Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this __19__ day of __September__

A.D. 200_7_

_____
*United States Magistrate Judge*

Bail. $ _No process_

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 SEP 19 P 3:28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 00595 JF |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| OSIEL VERGARA-PEREZ, | |
| Defendant. | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about August 14, 2007, the defendant,

OSIEL VERGARA-PEREZ,

an alien, previously having been arrested and deported from the United States on or about August 4, 1998 and May 17, 2000, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

INDICTMENT

of Title 8, United States Code, Section 1326.

DATED: 9/19/07

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
                      SAUSA B. KENNEDY

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

FILED 2007 SEP 19 P 3: 28
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

---- OFFENSE CHARGED ----

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

DEFENDANT - U.S.
▶ OSIEL VERGARA-PEREZ

DISTRICT COURT NUMBER
CR 07 00595 JF

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM     SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   BENJAMIN KENNEDY

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: