AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
SEP 20 2007

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Osiel Vergara-Perez

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 00595 JF

I, Osiel Vergara-Perez, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Sept 20 2007_ prosecution by indictment and consent that the pro-
*Date*
ceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*