# UNITED STATES DISTRICT COURT

JUDGE JEREMY FOGEL, PRESIDING

COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL  MINUTES**

**Court Proceedings:** Status Review, October 10, 2007
**Case Number:** CR-07-00595-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V.  OSIEL VERGARA-PEREZ**

|                | **PLAINTIFF**              | **DEFENDANT**                   |
|----------------|----------------------------|---------------------------------|
|                | **United States**          | **Osiel Vergara-Perez**         |
| **Attorneys Present: Benjamin Kennedy** |  | **Attorneys Present: Jay Rorty** |

---

PROCEEDINGS:

Status review held.  Counsel, Spanish interpreter Anna-Marie Klimkova and defendant are present.  Continued to 10/24/07 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.