**E-filed 10/11/07**

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5059
Facsimile: (408) 535-5066
Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    CR 07-00595 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 10, 2007 TO OCTOBER 24, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| OSIEL VERGARA-PEREZ, | |
| Defendant. | |

The parties stipulate that the time between October 10, 2007 and October 24, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

18 U.S.C. §3161(h)(8)(A).


DATED: October 10, 2007                     SCOTT N. SCHOOLS
                                            United States Attorney


                                            /s/
                                            BENJAMIN T. KENNEDY
                                            Assistant United States Attorney


                                            /s/
                                            JAY RORTY
                                            Assistant Federal Public Defender

## __ORDER__

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 10, 2007 and October 24, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   10/11/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE