UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, October 24, 2007
**Case Number:** CR-07-00595-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:    UNITED STATES OF AMERICA V. OSIEL VERGARA-PEREZ

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Osiel Vergara-Perez |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Jay Rorty |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 12/5/07 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.