1   BARRY J. PORTMAN
Federal Public Defender
2   MANUEL U. ARAUJO
Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant VERGARA-PEREZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

    UNITED STATES OF AMERICA,          )   No. CR 07-00595 JF
11                                      )
                    Plaintiff,          )   **NOTICE OF SUBSTITUTION OF**
12                                      )   **COUNSEL**
    vs.                                 )
13                                      )
    OSIEL VERGARA-PEREZ,                )
14                                      )
                    Defendant.          )
15  _____)

16      The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for

17  Osiel Vergara-Perez.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public

18  Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Mr. Vergara-Perez.

19  Mr. Araujo will be replacing Assistant Federal Public Defender Jay Rorty as counsel of record.

20  Counsel's contact information is listed above.

21
    Dated: January 16, 2008
22                                      Respectfully submitted,

23                                      BARRY J. PORTMAN
                                        Federal Public Defender
24                                             /S/

25                                      MANUEL U. ARAUJO
                                        Assistant Federal Public Defender
26

Notice of Substitution of Counsel          1