UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5^(TH) FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, January 16, 2008
**Case Number:** CR-07-00595-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:     UNITED STATES OF AMERICA V. OSIEL VERGARA-PEREZ

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Osiel Vergara-Perez |
| Attorneys Present: Benjamin Kennedy | Attorneys Present: Manuel Araujo |

PROCEEDINGS:
 Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 2/20/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.