**E-filed 2/27/08**

1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant VERGARA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00595- JF |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| v. | ) **STATUS HEARING; [P~~ROPOSED~~]** |
| | ) **ORDER** |
| OSIEL VERGARA-PEREZ, | ) |
| Defendant. | ) |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing in the above-captioned matter, presently scheduled for February 27, 2008 at 9:00 a.m., may be continued to March 26, 2008 at 9:00 a.m. Mr. Vergara-Perez believes that he was denied the opportunity at the time of his deportation hearing to apply for a waiver of removal because of being misled by the Immigration Judge into believing that he had no remedy from the sanction of removal. In this regard, the defense has requested and the government has agreed to provide a copy of the audio tape of the immigration hearing to determine if Mr. Vergara-Perez's claim has merit. Government counsel has directed the case agent to attempt to locate and secure a copy of the above noted audio tape. It is

anticipated that the parties will need an additional thirty days to resolve the matter and enter into negotiations regarding disposition of the case.

The parties further agree and stipulate that time should be excluded from and including February 27, 2008 through and including March 26, 2008, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: February 25, 2008

_____/S/_____
Manuel U. Araujo
Assistant Federal Public Defender

Dated: February 25, 2008

_____/S/_____
Benjamin T. Kennedy,
Assistant United States Attorney

## **ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from February 27, 2008, to March 26, 2008 at 9:00 a.m. as well as the period of delay from February 27, 2008, to and including March 26, 2008, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: February 27, 2008

_____
JEREMY FOGEL
United States District Judge