JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

E-FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OSIEL VERGARA-PEREZ,<br><br>    Defendant. | No.   CR 07-00595 JF<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 26, 2008 TO MAY 7, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between March 26, 2008 and May 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

1

1 | 18 U.S.C. §3161(h)(8)(A).

3 | DATED: March 26, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

\_\_\_\_/s/_____
BENJAMIN T. KENNEDY
Assistant United States Attorney

\_\_\_\_/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 26, 2008 and May 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 3/31/08
Nunc pro tunc
to 3/26/08

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

**Other Documents**
5:07-cr-00598-JF USA v. Valenzuela-Ruiz
E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available*.
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Kennedy, Benjamin entered on 3/27/2008 1:56 PM and filed on 3/27/2008
**Case Name:**         USA v. Valenzuela-Ruiz
**Case Number:**       5:07-cr-598
**Filer:**             USA
**Document Number:** 25

**Docket Text:**
**STIPULATION *AND PROPOSED ORDER EXCLUDING TIME* by USA as to Everardo Valenzuela-Ruiz (Kennedy, Benjamin) (Filed on 3/27/2008)**

**5:07-cr-598-1 Notice has been electronically mailed to:**

Manuel Urquidez Aldapa Araujo     Manuel_Araujo@fd.org, Susie_Barrera@fd.org

Benjamin Timothy Kennedy     benjamin.t.kennedy@usdoj.gov

**5:07-cr-598-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\skreider\Vergara-Perez Time Exclusion 3 26 08.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/27/2008] [FileNumber=4253673-0]

[a7ac3b787e147ff829cdae1f43be6998ce985649c21aa2fd1a9b01c07d4c9d57953cc
36c6b5ff50433f20e8c1c02cbf3710604d2e6237eeefbd3a8c07f4c2d56]]