UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>V.<br>OSIEL VERGARA-PEREZ,<br>　　　　Defendant. | Case Number CR-07-00595-JF<br><br>Status Hearing<br><br>May 8, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The status hearing set on May 7, 2008 is continued to May 8, 2008

at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3

on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


April 30, 2008                              For the Court
                                            Richard W. Wieking, Clerk


                                            By:   /s/
                                            Diana Munz
                                            Courtroom Deputy Clerk