UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, May 8, 2008
**Case Number:** CR-07-00595-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. OSIEL VERGARA-PEREZ |

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Osiel Vergara-Perez |
| **Attorneys Present:** Benjamin Kennedy | **Attorneys Present:** Manuel Araujo |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Adele Negro and defendant are present. The case is set for hearing motion to dismiss and further status review on 6/18/08 at 9:00 a.m. 41 days are excluded for the reasons stated.