# EXHIBIT A

Case 5:07-cr-00595-JF   Document 31-2   Filed 05/15/2008   Page 1 of 14

TRANSLATION OF A "BIRTH CERTICATE"

NAME: _[handwritten]_

PLACE OF BIRTH: _[handwritten]_

DATE OF BIRTH: _[handwritten]_

FATHER'S NAME: _[handwritten]_

MOTHER'S NAME: _[handwritten]_

CERTIFICATE ISSUED: DATE _3/11/88_

PLACE OF REGISTER: _[handwritten]_

OFFICER-MAGISTRATE _[handwritten]_

CERTIFICATION FOUND: ARCHIVE OR REGISTER _6_ PAGE _[handwritten]_ SECTION _____

NOTATIONS OF IMPORTANCE: _Certificate # [handwritten]_

CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, _[handwritten]_ , HEREBY CERTIFY THAT THE ABOVE IS AN ACCURATE TRANSLATION OF THE ORGINAL "BIRTH CERTICATE" IN _English_ AND THAT I AM COMPETENT IN BOTH ENGLISH AND SPANISH TO RENDER SUCH TRANSLATION.

DATE: _[handwritten]_           SIGNATURE OF TRANSLATOR _[handwritten]_

# ESTADOS UNIDOS MEXICANOS
## ESTADO LIBRE Y SOBERANO DE MEXICO
### REGISTRO CIVIL

**ACTA DE NACIMIENTO**

CLAVE UNICA DE REG. DE POBLACION

FOLIO No. D132231

FECHA DE REGISTRO: DIA 10 | MES 11 | AÑO 74

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE MEXICO Y COMO OFICIAL **1ro.** DEL REGISTRO CIVIL DE ESTA MUNICIPALIDAD O DELEGACION **CERTIFICO:** SER CIERTO QUE EN EL LIBRO No. **6** DEL **año de 1974** DEL REGISTRO CIVIL QUE ES A MI CARGO, EN LA FOJA **62** SE ENCUENTRA ASENTADA EL ACTA No. **1562** LEVANTADA POR EL C. OFICIAL **1o.** DEL REGISTRO CIVIL de **Amatepec México.** EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS **Registrales.**

### REGISTRADO
- NOMBRE: **OSIEL VERGARA PEREZ**  SEXO: MASCULINO (X) FEMENINO
- FECHA DE NACIMIENTO: **19 de septiembre de 1969**  HORA: **7:00**
- LUGAR DE NACIMIENTO: **Quimichatenco, Amat, Méx.**
- FUE REGISTRADO: VIVO (X) MUERTO ( )
- COMPARECIO: EL PADRE (X) LA MADRE ( ) AMBOS ( ) PERSONA DISTINTA ( )

### PADRES
- NOMBRE DEL PADRE: **Alvaro Vergara**  EDAD: **38** AÑOS
- NACIONALIDAD: **Mexicana**  DOMICILIO: **Quimichatenco**
- NOMBRE DE LA MADRE: **Adalberta Pérez**  EDAD: **38** AÑOS
- NACIONALIDAD: **Mexicana**  DOMICILIO: **Quimichatenco**

### ABUELOS
- ABUELO PATERNO: **Margarito Vergara**  NACIONALIDAD: **Mexicana**
- ABUELA PATERNA: **Francisca Rivera**  NACIONALIDAD: **Mexicana**
- DOMICILIO(S): **Difuntos.**
- ABUELO MATERNO: **Agapito Pérez**  NACIONALIDAD: **Mexicana**
- ABUELA MATERNA: **Columba Berrún**  NACIONALIDAD: **Mexicana**
- DOMICILIO(S): **Quimichatenco.**

### TESTIGOS
- NOMBRE: **Lilia Morales J.**  NACIONALIDAD: **Mexicana**  EDAD: **21** AÑOS
- DOMICILIO: **Amatepec**
- NOMBRE: **Felipe Espinal R.**  NACIONALIDAD: **Mexicana**  EDAD: **52** AÑOS
- DOMICILIO: **Amatepec**

PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO
- NOMBRE: --- PARENTESCO: --- EDAD: --- AÑOS
- DOMICILIO: ---

SE EXTIENDE ESTA CERTIFICACION EN CUMPLIMIENTO DEL ARTICULO **35** DEL CODIGO CIVIL VIGENTE EN EL ESTADO, EN **Amatepec** A LOS **11** DIAS DEL MES DE **marzo** DE **1988.**

EL C. OFICIAL **1ro.** DEL REGISTRO CIVIL, DOY FE.

NOMBRE: **Maira Martínez Vázquez.**

FIRMA: *[signature]*

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

ESTE DOCUMENTO NO ES VALIDO SI PRESENTA TACHADURAS O ENMENDADURAS

# EXHIBIT B

**U.S. Department of Justice**
Immigration and Naturalization Service

**Application for Temporary Resident Status as a Special Agricultural Worker** (Section 210 of the Immigration and Nationality Act)

OMB #1115-0131

Please begin with item #1, after carefully reading the instructions.

The block below is for *Government Use Only.*

| Name and Location (City or Town) of Qualified Designated Entity | Fee Stamp |
|---|---|
| | *[MAY 1988 RECEIVED MIAMI-XTA stamp]* |
| | Fee Receipt No. (This application) 88-479-3004 |
| | Principal Applicant's File No. A - |
| Qualified Designated Entity I.D. No. | File No. (This applicant) A- 91 136 338 |

**Applicant:** Do not write above this line. See instructions before filling in application. If you need more space to answer fully any question on this form, use a separate sheet and identify each answer with the number of the corresponding question. *Fill in with typewriter or print in block letters in ink.*

1. I hereby apply for status as indicated by the block checked below (check block A or B).

   ☐ **A** Group I: Temporary Residence as an alien who has performed seasonal agricultural services in the U.S. for at least 90 days during each of the 12 month periods ending on May 1, 1984, 1985, and 1986.

   ☒ **B** Group II: Temporary Residence as an alien who has performed seasonal agricultural services in the U.S. for at least 90 days during the 12 month period ending on May 1, 1986.

2. Family Name (Last Name in CAPITAL Letters) (First Name) (Middle Name): **VERGARA Perez OSIEL**

3. Date of Birth (Month/Day/Year): **9-19-69**

4. Other Names Used or Known by (Including maiden name, if married): —

5. Telephone Numbers (Include Area Codes) Home: — Work: —

6. Address (No. and Street): **335 RICH AVE.** (Apt. No.) — (Town or City) **DELAND** (State/Country) **FLORIDA** (ZIP/Postal Code) **32720**

7. Last Address outside the U.S. (City or Town) **PALMAR CHICO** (County, Province or State) **METEPEC** (Country) **MEXICO**

8. Sex: ☒ Male  ☐ Female

9. Race: ☐ Asian or Pacific Islander  ☒ Hispanic  ☐ Black, not of Hispanic origin  ☐ White, not of Hispanic origin  ☐ Other (specify below)

10. Marital Status: ☒ Never Married  ☐ Now Married  ☐ Separated  ☐ Divorced  ☐ Widowed

11. Country of Citizenship: **MEXICO**

12. Place of Birth (City or Town): **QUIMICHATENCO** (County, Province or State) **MEXICO** (Country) **MEXICO**

13. Have you previously applied for temporary residence as a Special Agricultural Worker? ☒ No  ☐ Yes (if "Yes" give date, place of filing, and final disposition, if known)

14. Do you have any other record with I&NS? ☒ No  ☐ Yes [If "Yes" give number(s)] A - ____  Other ____

15. When did you last come to the U.S.? (Month/Day/Year): **JUN, 1985**

16. Manner of Entry (Visitor, Student, Crewman, etc.): ☐ With visa (visitor, student, etc.) specify ____  ☒ Without visa

17. Place of Last Entry: ☐ U.S. Port of entry (City and State) ____  ☒ Border - Not through port (State) **TEXAS TX**

18. List all Social Security Numbers used. (1) —  (2) ____  (3) ____  (4) ____

19. Mother's Name (Maiden) (Last) (First): **ADALBERTA PEREZ**  ☒ Living  ☐ Deceased (year) ____

20. Father's Name (Last) (First): **VERGARA ALVARO**  ☒ Living  ☐ Deceased (year) ____

Form I-700 (04/01/87)   Page 1

21. To assist in establishing the required residence, please list all affiliations or associations with clubs, organizations, churches, unions, businesses, etc.

| Name of Organization | Location | From (Month/Year) | To (Month/Year) |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

22. Fieldwork in perishable commodities from May 1, 1983 through May 1, 1986 (List most recent first). Information concerning employment in the United States is subject to corroboration by the employer.

| Name of Employer | Farm Name and Location (State and County) | From (Month/Year) | To (Month/Year) | Days Worked | Type of Field Work | Type of Crop | Documentation |
|---|---|---|---|---|---|---|---|
| William Taylor | T-S Groves Polk, Fla. | Dec 15/85 | 5-10-86 | 115 | Picking | Citrus | Affid-letter |

23. List all periods of residence in the United States since May 1, 1983 and means of support. Begin with your present address (attach an additional sheet if necessary).

| Street Name and Number (Apt. No.) | City | State and ZIP Code | Means of Support | From (Month/Year) | To (Month/Year) |
|---|---|---|---|---|---|
| 335 Rich Ave. | Deland | Fla. | Work | 5-86 | Present |
| | Eagle Lake | Fla. | work | 12-85 | 5-86 |
| | Deland | Fla. | work | 1-85 | 12-85 |

24. I ☐ have / ☒ have not assisted in the persecution of any person or persons on account of race, religion, nationality, membership in a particular social group, or political opinion.

25. I ☐ have / ☒ have not received public cash assistance from any source, including, but not limited to, the United States Government, any state, county, city or municipality. (If you have, explain; including the name(s) and Social Security number(s) used.)

26. I ☐ have / ☒ have not been treated for a mental disorder, drug addiction or alcoholism.

27. I ☐ have / ☒ have not been arrested, convicted or confined in a prison.

28. I ☐ have / ☒ have not been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action.

Form I-700 (04/01/87)   Page 2

29. Applicants for status as Temporary Residents must establish that they are admissible to the United States. Except as otherwise provided by law, aliens within any of the following classes are not admissible to the United States and are therefore ineligible for status as Temporary Residents.
   A. Aliens who have committed or who have been convicted of a crime involving moral turpitude (does not include minor traffic violations).
   B. Aliens who have been engaged in or who intend to engage in any commercialized sexual activity.
   C. Aliens who are or at any time have been anarchists, or members of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate thereof.
   D. Aliens who have advocated or taught, either by personal utterance, or by means of any written or printed matter, or through affiliation with an organization:
      1) Opposition to organized government;
      2) The overthrow of government by force or violence;
      3) The assaulting or killing of government officials because of their official character;
      4) The unlawful destruction of property;
      5) Sabotage, or;
      6) The doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States.
   E. Aliens who intend to engage in activities prejudicial to the national interests or unlawful activities of a subversive nature.
   F. Aliens who, during the period beginning on March 23, 1933, and ending on May 8, 1945, under the direction of, or in association with:
      1) The Nazi government in Germany;
      2) Any government in any area occupied by the military forces of the Nazi government in Germany;
      3) Any government established with the assistance or cooperation of the Nazi government of Germany;
      4) Any government which was an ally of the Nazi government of Germany;
   ordered, incited, assisted or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion.
   G. Aliens who have been convicted of a violation of any law or regulation relating to narcotic drugs or marihuana, or who have been illicit traffickers in narcotic drugs or marihuana.
   H. Aliens who have been involved in assisting any other aliens to enter the United States in violation of the law.
   I. Aliens who have applied for exemption or discharge from training or service in the Armed Forces of the United States on the ground of alienage and who have been relieved or discharged from such training or service.
   J. Aliens who are mentally retarded, insane, or who have suffered one or more attacks of insanity.
   K. Aliens afflicted with psychopathic personality, sexual deviation, mental defect, narcotic drug addiction, chronic alcoholism or any dangerous contagious disease.
   L. Aliens who have a physical defect, disease or disability affecting their ability to earn a living.
   M. Aliens who are paupers, professional beggars or vagrants.
   N. Aliens who are polygamists or advocate polygamy.
   O. Aliens likely to become a public charge.
   P. Aliens who have been excluded from the United States within the past year, or who at any time within 5 years have been deported from the United States.
   Q. Aliens who have procured or have attempted to procure a visa by fraud or misrepresentation.
   R. Aliens who are former exchange visitors who are subject to but have not complied with the two-year foreign residence requirement.

Do any of the above classes apply to you?   ☒ No   ☐ Yes (If "Yes", explain on a separate sheet of paper.)

| 30. If your native alphabet is in other than Roman letters, write your name in your native alphabet. | 31. Language of native alphabet |
|---|---|
| | |

| 32. Signature of Applicant - I CERTIFY, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I hereby consent and authorize the Service to verify the information provided, and to conduct police, welfare and other record checks pertinent to this application.<br>X Ociel Vergara | 33. Date (Month/Day/Year)<br>4-30-88 |
| 34. Signature of person preparing form, if other than applicant. I DECLARE that this document was prepared by me at the request of the applicant and is based on all information on which I have any knowledge.<br>[signature] | 35. Date (Month/Day/Year)<br>4-30-88 |
| 36. Name and Address of person preparing form, if other than applicant (type or print).<br>7402 N. 56th St.<br>Tampa, Fl. 33617 | 37. Occupation of person preparing form<br>secretary |

**QUALIFIED DESIGNATED ENTITY USE ONLY**

| 38. Reviewed by (Print or Type Name) | 39. Signature | 40. Date |
|---|---|---|
| | | |

**IMMIGRATION AND NATURALIZATION SERVICE USE ONLY**

| 41. Recommendation: Temporary Residence<br>☒ Approved   ☐ Denied | 42. Waiver of Excludability under<br>Section 212 (a) _____ is ☐ Approved   ☐ Denied | |
|---|---|---|
| 43. Class of Admission<br>S-2 | 44. Place of Adjustment | 45. Date of Adjustment |
| 46. Recommended by (Print or type Name and Title) | 47. Signature | 48. ID No. | 49. Date |
| 50. Final Action: Temporary Residence<br>☐ Approved   ☐ Denied | 51. Director<br>Regional Processing Facility<br>Lewis DeAngelis | 52. ID No. | 53. Date<br>23 FEB 1989 |

I-700

```
                  ʻʻGALIZATION FEE RECEIPT                  08/23/88
                     . DEPARTMENT OF JUSTICE                09:37:53
                 IMMIGRATION AND NATURALIZATION SERVICE
                         7402 NORTH 56TH STREET
                           TAMPA, FL 33617

RECEIPT NO: XTA-88-198-1010   FEE CLERK I.D.: INSLO

DR  VERGARA-PEREZ, O.   .

ITH I700S (FORM NO.)   RE: CASE NO A91136338

RECEIVED  $0.00 IN THE FORM OF: FEE EXEMPT   BANK NO: 0

ROM: VERGARA-PEREZ, O.   . (REMITTER NAME)

DE:                                                    INS COPY
                                                    FORM NO. I-689 5/87
```

```
                   GALIZATION FEE RECEIPT                   08/23/88
                   U.S. DEPARTMENT OF JUSTICE               09:37:53
                 IMMIGRATION AND NATURALIZATION SERVICE
                         7402 NORTH 56TH STREET
                           TAMPA, FL 33617

RECEIPT NO: XTA-88-198-1010   FEE CLERK I.D.: INSLO

DR  VERGARA-PEREZ, O.   .

ITH I700S (FORM NO.)   RE: CASE NO A91136338

RECEIVED  $0.00 IN THE FORM OF: FEE EXEMPT   BANK NO: 0

ROM: VERGARA-PEREZ, O.   . (REMITTER NAME)

DE:                                                APPLICANT'S COPY
                                                    FORM NO. I-689 5/87
```

```
                                                  FILING DATE: 05/01/88
                                                    A NUMBER: A91136338
                                                    BANK NO: 053107633
                                                 RECEIPT NUMBER: XTA884793004
                                                 FEE TYPE: CMO   AMOUNT: 185.00
```

THIS LETTER IS TO ACKNOWLEDGE RECEIPT OF YOUR APPLICATION FOR LEGALIZATION. YOU ARE SCHEDULED TO APPEAR FOR AN INTERVIEW
... PLEASE BRING ANY ORIGINAL DOCUMENTS WHICH SUPPORT YOUR APPLICATION.
YOU FAIL TO APPEAR AT THE DATE, TIME AND PLACE, YOUR APPLICATION FOR LEGALIZATION MAY BE DENIED.

... THE UNITED STATES. THIS DOCUMENT BECOMES INVALID FOR ANY PURPOSE IF IT IS
... REQUESTED BY AN EMPLOYER FOR VERIFICATION PURPOSES. IT IS RECOMMENDED THAT YOU CARRY

... EXPIRES ON 02/23/89. YOU ARE NOT AUTHORIZED EMPLOYMENT BEYOND THAT DATE.

```
                         INTERVIEW DATE: 08/23/88
                         INTERVIEW TIME: 09:00
                         REPORT TO THE ADDRESS AT THE TOP CENTER OF THIS LETTER.
                         ON THE DATE AND TIME STATED ABOVE.
                                                        INS COPY
                                                     FORM NO. I689 5/87
```

| U.S. Department of Justice | OMB #1115-0134 |
|---|---|
| Immigration and Naturalization Service | Medical Examination of Aliens Seeking Adjustment of Status |

*(Please type or print clearly)*

I certify that on the date shown I examined:

**1. Name (Last in CAPS):** VERGARA
**(First):** Osvil    **(Middle Initial):**
**2. Address (Street number and name):** 335 E. 9, CA    **(Apt. number):**
**(City):** DeLand    **(State):** FL    **(ZIP Code):** 32720

**3. File number (A number):**
**4. Sex:** ☒ Male  ☐ Female
**5. Date of birth (Month/Day/Year):** 09-19-69
**6. Country of birth:** Mexico
**7. Date of examination (Month/Day/Year):** 04-27-88

**General Physical Examination:** I examined specifically for evidence of the conditions listed below. My examination revealed:

☒ No apparent defect, disease, or disability.    ☐ The conditions listed below were found (check all boxes that apply).

**Class A Conditions**
☐ Chancroid              ☐ Hansen's disease, infectious    ☐ Mental defect                       ☐ Psychopathic personality
☐ Chronic alcoholism     ☐ HIV infection                   ☐ Mental retardation                  ☐ Sexual deviation
☐ Gonorrhea              ☐ Insanity                        ☐ Narcotic drug addiction             ☐ Syphilis, infectious
☐ Granuloma inguinale    ☐ Lymphogranuloma venereum        ☐ Previous occurrence of one          ☐ Tuberculosis, active
                                                              or more attacks of insanity

**Class B Conditions**                                        ☐ Other physical defect, disease or disability (specify below).
☐ Hansen's disease, not infectious    ☐ Tuberculosis, not active

**Examination for Tuberculosis - Tuberculin Skin Test**        **Examination for Tuberculosis - Chest X-Ray Report**
☐ Reaction _____ mm    ☒ No reaction    ☐ Not done           ☐ Abnormal    ☒ Normal    ☐ Not done
**Doctor's name (please print):** Dr. Andrew Randolph    **Date read:** 04-29-88
**Doctor's name (please print):** Dr. Andrew Randolph    **Date read:** 04-29-88

**Serologic Test for Syphilis**                                **Serologic Test for HIV Antibody**
☐ Reactive Titer (confirmatory test performed)    ☒ Nonreactive    ☐ Positive (confirmed by Western blot)    ☒ Negative
**Test Type:** VDRL                                           **Test Type:** HIV Antibodies Elisa
**Doctor's name (please print):** Dr. Andrew Randolph    **Date read:** 04-29-88
**Doctor's name (please print):** Dr. Andrew Randolph    **Date read:** 05-19-88

**Immunization Determination** (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)
☐ Applicant is current for recommended age-specific immunizations.
☒ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

**REMARKS:**

---

**Civil Surgeon Referral for Follow-up of Medical Condition**
☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**
The alien named above has complied with the recommended health follow-up.
**Doctor's name and address (please type or print clearly):** Dr. Andrew Randolph, 105 N. Stone St., DeLand, FL 32720
**Doctor's signature:** A. Randolph    **Date:** 05-27-88

**Applicant Certification:**
I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed and the information on this form refers to me.
**Signature:** Osvil Vergara Perez    **Date:** 5/25/88

**Civil Surgeon Certification:**
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status
**Doctor's name and address (please type or print clearly):**    **Doctor's signature:**    **Date:**

---

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

**U.S. Department of Justice**  
Immigration and Naturalization Service

OMB #1115-0134

**Medical Examination of Aliens Seeking Adjustment of Status**

*(Please type or print clearly)*  
*I certify that on the date shown I examined:*

1. Name (Last in CAPS)  
OSIEL VERGARA  
(First) (Middle initial)

2. Address (Street number and name) (Apt. number)  
335 E. Rich Ave.  
DeLand, FL 32720  
(City) (State) (ZIP Code)

3. File number (A number)

4. Sex  
☒ Male   ☐ Female

5. Date of birth (Month/Day/Year)  
09-19-69

6. Country of birth  
Mexico

7. Date of examination (Month/Day/Year)  
04-27-88

**General Physical Examination:** I examined specifically for evidence of the conditions listed below. My examination revealed:

☐ No apparent defect, disease, or disability.   ☐ The conditions listed below were found (check all boxes that apply).

**Class A Conditions**
- ☐ Chancroid
- ☐ Chronic alcoholism
- ☐ Gonorrhea
- ☐ Granuloma inguinale
- ☐ Hansen's disease, infectious
- ☐ HIV infection
- ☐ Insanity
- ☐ Lymphogranuloma venereum
- ☐ Mental defect
- ☐ Mental retardation
- ☐ Narcotic drug addiction
- ☐ Previous occurrence of one or more attacks of insanity
- ☐ Psychopathic personality
- ☐ Sexual deviation
- ☐ Syphilis, infectious
- ☐ Tuberculosis, active

**Class B Conditions**
- ☐ Hansen's disease, not infectious   ☐ Tuberculosis, not active
- ☐ Other physical defect, disease or disability (specify below).

Examination for Tuberculosis - Tuberculin Skin Test  
☐ Reaction ____ mm   ☒ No reaction   ☐ Not done  
Doctor's name (please print) Andrew J. Randolph   Date read 4/29/88

Examination for Tuberculosis - Chest X-Ray Report  
☐ Abnormal   ☐ Normal   ☐ Not done  
Doctor's name (please print)   Date read

Serologic Test for Syphilis  
☐ Reactive Titer (confirmatory test performed)   ☒ Nonreactive  
Test Type VDRL  
Doctor's name (please print) Dr. Andrew J. Randolph   Date read 4/27/88

Serologic Test for HIV Antibody   Not done  
☐ Positive (confirmed by Western blot)   ☐ Negative  
Test Type  
Doctor's name (please print) Andrew J. Randolph   Date read 4/27/88

**Immunization Determination** (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)  
☐ Applicant is current for recommended age-specific immunizations.  
☒ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

**REMARKS:**

**Civil Surgeon Referral for Follow-up of Medical Condition**  
☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**  
The alien named above has complied with the recommended health follow-up.  
Doctor's name and address (please type or print clearly)  
Dr. Andrew J. Randolph  
Doctor's signature   Date 4/29/88

**Applicant Certification:**  
I certify that I understand the purpose of the medical examination. I authorize the required tests to be completed, and the information on this form refers to me.  
Signature X Osiel Vergara   Date

**Civil Surgeon Certification:**  
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.  
Doctor's name and address (please type or print clearly)   Doctor's signature   Date

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

OMB# 1115-0137

**U.S. Department of Justice**
Immigration and Naturalization Service

Affidavit Confirming Seasonal Agricultural Employment of an Applicant for Temporary Residence Status Under Section 210 of the Immigration & Nationality Act

Please begin with item #1, after carefully reading the instructions.

**A. INFORMATION ABOUT APPLICANT—To be completed by the applicant.**

1. Name (Family Name in CAPITAL Letters) (First Name) (Middle Name): PEREZ  CSIEL  LERGNES
2. Date of Birth (Month/Day/Year): 09-19-69
3. Address (No. and Street) (Apt. No.) (City or Town) (State) (ZIP Code): 335 Rich Ave, Deland, Fla
4. Telephone Number (Include Area Code): —
5. Place of Birth (City or Town) (Country, Province or State) (Country): Quimichateno, Amat, MEX
6. Country of Citizenship: Mexico

**B. INFORMATION ABOUT YOU, THE PERSON MAKING THE AFFIDAVIT.**

7. Name (Family Name in CAPITAL Letters) (First Name) (Middle Name): TAYLOR William
8. Telephone Number (Include Area Code): 813-324-0076
9. Address (No. and Street) (Apt. No.) (City or Town) (State) (ZIP Code): 210 Oak St, Winter Haven, FLA 33880
10. Relationship to Applicant (Check which block(s) applies):
    ☐ Grower  ☐ Foreman  ☒ Farm Labor Contractor  ☐ Union Official (Title) _____
    ☐ Other (explain) _____

**C. FIELD WORK IN PERISHABLE COMMODITIES**

11. Name of Farm: T-S Grows
    County: Polk  State: FLA
    Phone No.: (813) 324-0076
    Name of Employer: William Taylor
    Dates Employed: From Dec-15-85 To May-10-86

| Man Days Worked | Type of Fieldwork | Type of Crop | Name Used By Applicant If Other Than Name In Block 1. | Social Security Number Used |
|---|---|---|---|---|
| 115 | Citrus | Oranges | | 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 |

12. Name of Farm: _____
    County: _____  State: _____
    Phone No.: ( ) _____
    Name of Employer: _____
    Dates Employed: From _____ To _____

| Man Days Worked | Type of Fieldwork | Type of Crop | Name Used By Applicant If Other Than Name In Block 1. | Social Security Number Used |
|---|---|---|---|---|
| | | | | |

13. Name of Farm: _____
    County: _____  State: _____
    Phone No.: ( ) _____
    Name of Employer: _____
    Dates Employed: From _____ To _____

| Man Days Worked | Type of Fieldwork | Type of Crop | Name Used By Applicant If Other Than Name In Block 1. | Social Security Number Used |
|---|---|---|---|---|
| | | | | |

Form I-705 (03/12/87)    Continued on other side.

14. Identify the source of this information by checking the appropriate blocks below and state how you know the information to be true.
    Records kept by:

    ☐ Grower.                    ☐ Union.
    ☒ Farm Labor Contractor   or ☐ Personal Knowledge
    Statement:

15. Please sign and submit copies of the documents identified in item #14 or state the reason(s) for not supplying such documents.

    ☒ Signed, supporting documentation is attached
    ☐ Supporting documentation is not attached (explain)

    Statement:

16. If the name of the applicant in block #1 is not the name under which the applicant worked as shown in Section C, please:
    (a) attach a recognizable photograph of the applicant and sign your name in ink across the back of the photograph, or
    (b) explain how you know that the applicant is, in fact, the person who performed the work.

D. I am willing to personally confirm this information, if requested. I declare and affirm under penalty of perjury that the information on this affidavit is true and correct to the best of my knowledge and belief.

Signature of Affiant

Signature of Applicant: *Osiel Vergara*

Form I-705 (02/21/87)

## Instructions for Form I-705
## Affidavit of Seasonal Agricultural Employment

1. **Preparation of Affidavit:**
   This affidavit is to be completed under oath by agricultural producers, their foremen, union officials, farm labor contractors, or other persons with specific knowledge of the employment history of a person seeking temporary residence status as a Special Agricultural Worker (SAW). A separate affidavit must be completed for each applicant and must be typewritten or printed legibly in ink. The affidavit must be completed in full. If extra space is needed to answer any item, attach a continuation sheet and indicate the item number. Affiants may provide other information not requested on this form which may help to establish the performance of qualifying employment by the applicant.

2. **Eligibility Criteria for Special Agricultural Workers:**
   Section 210 of the Immigration and Nationality Act provides for the granting of temporary residence status to aliens who have performed field labor in perishable agricultural commodities in the United States for at least 90 man-days during the twelve month period ending May 1, 1986. Aliens who can also document performance of field work in perishable commodities for at least 90 man-days in the years ending May 1, 1984 and May 1, 1985 will be adjusted to permanent resident status one year earlier than those who cannot. A man-day is any day in which not less than one hour of the requisite labor is performed for one or more employers.

3. **Confidentiality:**
   As required by section 210 of the Act, the information provided in this affidavit is confidential and may only be used by the Immigration and Naturalization Service in making a determination on the application for temporary resident status filed by a special agricultural worker. The information furnished shall not be made available to any other government agency.

4. **Work Performed Under an Assumed Name:**
   (a). **Instructions for Applicant:**
   In cases where you worked under an assumed name, you must prove that you are, in fact, the person who used that name. To do this, you should provide a recognizable photograph of yourself for identification by the affiant.
   (b). **Instructions for Affiant:**
   If you recognize the applicant from the photograph as the person who performed the work, sign the back of the photograph in ink and attach it to the affidavit.

5. **Penalties for False Statements:**
   Whoever provides information in support of an application under section 210 of the Act and who knowingly and willfully conceals or covers up a material fact or makes any false, fictitious, or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious, or fraudulent statement or entry or creates or supplies a false writing or document for use in making such application will be subject to criminal prosecution. Such false information is not protected by the confidentiality provisions of section 210 of the Act.

# EXHIBIT C

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissable Alien

| Field | Value |
|---|---|
| CONTROL Name (Last, First, Middle) | VERGARA-Perez, Osiel |
| Aliases | Osiel Vergara |
| Birthdate | 9/19/69 |
| Age | 28 |
| Marital Status | Single |
| File Number | A91 136 338 |
| Name of Last/Current U.S. Employer | Unemployed |
| Sex | M |
| Hair | BLA |
| Eyes | BRO |
| Complexion | Medium |
| Height | 504 |
| Weight | 130 |
| Scars or Marks | Mole on Face |
| Address of U.S. Employer | |
| U.S. Address/Mail | Transient, Denver, CO |
| Type of Employment | LABORER |
| Date of Action | 7/14/98 |
| Location Code | DEN\DEN |
| Employed from/to | 7/14/98 |
| City, Province (State) and Country of Birth | Mexico MEXICO |
| Citizenship | MEXICO |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry | 12/01/90, DET, on foot |
| Status at Entry | LPR |
| Length of Time Illegally in U.S. | 1 to 12 months |
| Status When Found | Institution |
| Number, Street, City, Province (State) and Country of Permanent Residence | Rancho Palmar Chico, Mexico, Mexico |
| Method of Location/Apprehension | 511.2.1 |
| At/Near | Denver, CO |
| Date/Hour | 7/14/98 |
| Apprehended By | IA Cory Voorhis |
| Name on Social Security Card | same as above |
| Social Security Number | 590729781 |
| Name, Address, and Nationality of Spouse | None |
| Number and Nationality of Minor Children | None |
| Father's Name, Nationality, and Address, if Known | Alvaro Vergara-Rivera; Mexico; South Carolina |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | Edalberta Perez-Berron; Mexico; Mexico |
| Monies Due/Property | ✓ None Claimed |
| Record Checks Completed | ✓ CIS, ✓ NCIC |
| F.B.I. Number | 84162KA2 |
| Deportation Charge(s) | R2B1   R2A3 |
| DACS Citations | R2A3, R2B1 |

Actions completed: ✓ Fingerprinted, ✓ Photographed

Special Programs: Criminal Record ✓ Yes; Immigration Record ✓ Yes

Alien Initial Date: 7/14/98
A List of Free Legal Services Has Been Given: ✓ Yes

Narrative:
Subject is a citizen and national of Mexico who entered the United States as set forth above. Subject was encountered by Agent Santos Valenzuela in the Denver City Jail where he was being held for Sale/Possession of a Controlled Substance; Heroin and Cocaine. Subject is a LPR (S26).

| Field | Value |
|---|---|
| Booking Number | 1085281 |
| Inmate Number | 0544493 |
| Offense/Crime | PCS;Heroin |
| Offense Date | 6/9/98 |
| Detainer Lodged | 06/10/98 |
| DL\DPD Number | |
| Case Number | 98CR2332 |
| Court | Denver District Ct. |
| Statute Violation | C.R.S. 18-18-405 |
| Conviction Date | 7/8/98 |
| Sentence | Probation |
| Appeal | |

Continued on Attached Continuation Sheet

DISTRIBUTION
1 FILE
1 Unit SSA

Received: (Subject and Documents) (Report of Interview)
Officer: IA Cory Voorhis
on: 7/14/98
Disposition: NTA/WA

Form I-213 (Rev. 4/1/97)Y