# EXHIBIT E

Case 5:07-cr-00595-JF   Document 31-4   Filed 05/15/2008   Page 1 of 14

# Social Security Administration
# Retirement, Survivors and Disability Insurance
**Earnings Record Information**

From:  Office of Central Operations
       300 North Greene Street, Baltimore, Maryland 21290-0300

CATHERINE WARD NEECE
FEDERAL PUBLIC DEFENDER
160 W SANTA CLARA STREET SUITE 575
SAN JOSE CA  95113

Date: APR 1 7 2008

Refer to:  S2RB1M/02

Your Reference:

We are sending you the statement of earnings you requested for the number holder shown below.

| Number Holder's Name: | Social Security Number: |
|---|---|
| OSIEL VERGARA-PEREZ | 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 |

If we recently received earnings information, it may not yet be shown on this statement.

Please read the back of this letter for more information about Social Security records.

If you have any questions, you should call, write or visit any Social Security office. If you visit, please bring this letter. It will help us answer questions.

Enclosures:
Original Letter
Earnings Statement

Control Number:  08093090243
Remittance CTL Number:

---

Department of Health and Human Services
Social Security Administration

Form SSA-L460 (01/08) Destroy Prior Editions

# SOCIAL SECURITY ADMINISTRATION
Baltimore, Maryland 21290-0300

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 United States Code 902. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this _17th_ day of _April_, 2008

Kathryn E. Fox
Division Director
Division of Earnings Record Operations
Office of Central Operations

Form SSA-473 (3-96)
Destroy Prior Edition

```
 -1826              ITEMIZED STATEMENT OF EARNINGS            JOB:
ERSION 1984.002 * * *    FOR SSN 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       * * *
```

```
FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        300 N. GREENE STREET
        BALTIMORE, MARYLAND   21290-0300

CATHERINE WARD NEECE                    NUMBER HOLDER NAME:
                                          OSIEL   VERGARA-PEREZ
160 W SANTA CLARA ST
SUITE 575

SAN  JOSE              CA   95113

PERIOD REQUESTED    JANUARY 1984  THRU  DECEMBER 2007
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  59-1797163
JAMES K WARNER
JAMES WARNER FERNERY
2075 FIG ST
DELAND  FL 32720-4545

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1988 | - | - | - | - | $ 2,527.90 |
| 1989 | - | - | - | - | $ 1,972.65 |
| 1991 | - | - | - | - | $   807.28 |

EMPLOYER NUMBER:  59-2259983
LANCY LANE MOE
MOES PLANTING
526 COUNTY ROAD 305
SEVILLE  FL 32190-7832

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1988 | - | - | - | - | $   846.00 |

EMPLOYER NUMBER:  59-0928117
LAWRENCE FARMS INC
LAWRENCE FERNERIES & GROVES
1006 N WOODLAND BLVD STE A
DELAND  FL 32720-2769

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1989 | - | - | - | - | $ 1,333.35 |

PAGE 001

```
                    ITEMIZED STATEMENT OF EARNINGS              JOB:
   SION 1984.002 * * *      FOR SSN 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         * * *


YEAR    JAN - MARCH   APRIL -JUNE   JULY - SEPT    OCT - DEC      TOTAL
```

EMPLOYER NUMBER:  59-1100198
VICTORIUM CORPORATION
PO BOX 1136
DE LEONSPGS FL 32130-1136

1989         -              -              -              -         $    2,200.96

EMPLOYER NUMBER:  59-2179459
HALL FERNERIES INC
RIVER BLUFF RANCH
RT 2 BOX 230 1
MANSFIELD  MO 65704-9514

1989         -              -              -              -         $      851.19

EMPLOYER NUMBER:  59-2321295
CHRISTOPHER E VANCE
CHRIS VANCE FERNERY
907 IRON BEND TRL
OSTEEN   FL 32764-9725

1989         -              -              -              -         $      267.24

EMPLOYER NUMBER:  59-1292747 A
CURTIS W RICHARDSON INC
808 HAGSTROM RD
PO BOX 2568
DELAND   FL 32721-2568

1990         -              -              -              -         $    2,052.52

EMPLOYER NUMBER:  59-1644576 A
JAMES T TAYLOR
TERRY TAYLOR ENTERPRISES
PO BOX 810
PIERSON  FL 32180-0810

1990         -              -              -              -         $    2,624.51

PAGE 002

```
                    ITEMIZED STATEMENT OF EARNINGS              JOB:
        1984.002 * * *      FOR SSN 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        * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER:   36-3402829
SUPER FOOD & LIQ INC
 1049 BRYN MAWR
1049 W BRYN MAWR AVE
CHICAGO   IL 60660-4631

| 1990 | - | - | - | - | $ 136.80 |

EMPLOYER NUMBER:   59-0963640
F P CADE & SONS INC
PO BOX 33
SEVILLE   FL 32190-0033

| 1990 | - | - | - | - | $ 152.53 |

EMPLOYER NUMBER:   59-1866949
RICHARD E HAGSTROM
RICHARD HAGSTROM FERNERIES
PO BOX 95
PIERSON   FL 32180-0095

| 1990 | - | - | - | - | $ 1,273.88 |

EMPLOYER NUMBER:   59-2099105
KENNETH D RICHARDSON FERNERY INC
 255 N GRAND AVE
PO BOX 121
DELAND   FL 32721-0121

| 1990 | - | - | - | - | $ 802.17 |

EMPLOYER NUMBER:   59-2559650
MARTHA F MARYES
MARTHA MARYES GREENS
PO BOX 768
PIERSON   FL 32180-0768

| 1990 | - | - | - | - | $ 1,446.00 |

PAGE 003

```
                    ITEMIZED STATEMENT OF EARNINGS              JOB:
   -1826
VERSION 1984.002 * * *      FOR SSN 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        * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER: 75-1921466
QUINTERO PLASTERING COMPANY
1084 SUBURBAN ESTATES TRAIL
LAKE MARY FL 32746-4703

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1990 | - | - | - | - | $ 731.50 |
| 1991 | - | - | - | - | $ 1,190.75 |

EMPLOYER NUMBER: 58-1119934
FIELDALE FARMS CORP
PO BOX 558
BALDWIN   GA 30511-0558

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ 471.90 |
| 1992 | - | - | - | - | $ 5,515.27 |
| 1994 | - | - | - | - | $ 466.08 |

EMPLOYER NUMBER: 59-2213863
SUN STATE FERNERIES INC
1770 W PLYMOUTH AVE
DELAND   FL 32720-2631

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ 1,821.10 |

EMPLOYER NUMBER: 59-2316296
H RONALD COLEMAN FERNERIES INC
1675 LAKE GEORGE RD
SEVILLE   FL 32190-7847

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ 30.00 |

EMPLOYER NUMBER: 38-2814537
OLYMPIA INN INC
OLYMPIA INN RESTAURANT
5200 PORTAGE RD
PORTAGE   MI 49002-1712

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1992 | - | - | - | - | $ 4,607.68 |
| 1993 | - | - | - | - | $ 2,210.40 |

PAGE 004

```
SA-1826                    ITEMIZED STATEMENT OF EARNINGS            JOB:
VERSION 1984.002 * * *        FOR SSN 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          * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  38-2938039
JULIE ENTERPRISES INC
BLUE DOLPHIN
502 S BURDICK ST
KALAMAZOO   MI  49007-5219

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1992 | - | - | - | - | $ 2,171.00 |
| 1993 | - | - | - | - | $ 3,000.00 |

EMPLOYER NUMBER:  56-1718012 A
TY LOWE & SHIRLEY C LOWE PTR
PERRY LOWE ORCHARDS
4237 PRICE RD
MORAVLON FALLS  NC  28654-9570

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1993 | - | - | - | - | $ 373.25 |

EMPLOYER NUMBER:  59-1846372 A
STEVEN D SHUMAN
STEVE SHUMAN GREENS
6119 LAKE WINONA RD
DELEON SPRINGS  FL  32130-3544

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1993 | - | - | - | - | $ 3,833.16 |

EMPLOYER NUMBER:  35-1029201
SELECT SEED HYBRIDS INC
PO BOX 54
CAMDEN   IN  46917-0054

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1993 | - | - | - | - | $ 588.25 |

EMPLOYER NUMBER:  35-1336228
LORDS SEED INC
6825 N 375 E
HOWE   IN  46746-9684

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1993 | - | - | - | - | $ 28.00 |

```
SA-1826                  ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *        FOR SSN 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       * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  54-1531475
W & W PRODUCE INC
16112 JEB STUART HWY
STUART   VA  24171-4347

| 1993 | - | - | - | - | $ 3,668.64 |

EMPLOYER NUMBER:  59-1134684
JACK B SHUMAN
6119 LAKE WINONA RD
DELEON SPRINGS FL 32130-3544

| 1993 | - | - | - | - | $ 3,600.35 |

EMPLOYER NUMBER:  59-2020099
FINE FOLIAGE PRODUCTION
LAWRENCE THOMAS J SR GEN PTR
6119 LAKE WINONA RD
DELEON SPRINGS FL 32130-3544

| 1993 | - | - | - | - | $ 85.00 |

EMPLOYER NUMBER:  59-2475538
FINE FOLIAGE OF FLORIDA INC
119 LAKE WINONA ROAD
DELEON SPRINGS FL 32130-0000

| 1993 | - | - | - | - | $ 82.88 |

EMPLOYER NUMBER:  71-0225165
TYSON FOODS INC
AR058125
% DENNIS SISSON
PO BOX 2020
SPRINGDALE   AR  72765-2020

| 1993 | - | - | - | - | $ 60.10 |
| 1994 | - | - | - | - | $ 1,606.49 |

PAGE 006

```
 A-1826                ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *      FOR SSN 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        * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  56-1824684
SPARROW ENTERPRISE INC
LABOR FINDERS
1108-F LYKES LANE
IRMO   SC 29063-7718

| 1994 | - | - | - | - | $ 36.13 |

EMPLOYER NUMBER:  58-0828569
MAR-JAC POULTRY INC
PO BOX 1017
GAINESVILLE   GA 30503-1017

| 1994 | - | - | - | - | $ 6,278.96 |
| 1995 | - | - | - | - | $ 15,280.97 |
| 1996 | - | - | - | - | $ 16,112.99 |
| 1997 | - | - | - | - | $ 17,085.32 |
| 1998 | - | - | - | - | $ 2,159.71 |

EMPLOYER NUMBER:  52-1109991 A
CHRISTOPHER D PARKER
E A PARKER & SONS
1647 KINGS HWY
OAK GROVE VA 22443-5506

| 1995 | - | - | - | - | $ 1,183.21 |

EMPLOYER NUMBER:  57-0645045 A
ADAIR M MCKOY III
6394 BEARS BLUFF RD
WADMALAW ISLAND SC 29487-6912

| 1995 | - | - | - | - | $ 166.80 |

EMPLOYER NUMBER:  57-0920098 A
ADAIR M MCKOY IV
BRIGGER HILL FARM
2474 BRIGGER HILL RD
WADMALAW IS SC 29487-6835

| 1995 | - | - | - | - | $ 57.38 |

PAGE 007

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *      FOR SSN 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          * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

```
EMPLOYER NUMBER:  42-0838666
IBP INC
% PAYROLL DEPT 306
800 STEVENS PORT DR STE 832
DAKOTA DUNES SD 57049-5005
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1995 | - | - | - | - | $ 4,230.12 |
| 1996 | - | - | - | - | $ 3,284.79 |

```
EMPLOYER NUMBER:  54-1716421
BOWMAN ORCHARDS L L C
% GORDON D BOWMAN II
17581 MECHANICSVILLE RD
TIMBERVILLE   VA 22853-2115
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1995 | - | - | - | - | $ 76.50 |

```
EMPLOYER NUMBER:  57-0927808
ISLAND TOMATO GROWERS INC
PO BOX 35
JOHNS ISLAND SC 29457-0035
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1995 | - | - | - | - | $ 286.96 |

```
EMPLOYER NUMBER:  59-1031608
DEWAR NURSERIES INC
625 WEST KEENE ROAD
APOPKA   FL 32703-6952
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1995 | - | - | - | - | $ 293.75 |

```
EMPLOYER NUMBER:  59-2975627
LFI FORT PIERCE INC
LABOR FINDERS
PO BOX 1380
LAKE WORTH FL 33460-1380
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|
| 1995 | - | - | - | - | $ 36.00 |

```
SA-1826                 ITEMIZED STATEMENT OF EARNINGS           JOB:
VERSION 1984.002 * * *      FOR SSN 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        * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  59-3040346
WORKERS TEMPORARY STAFFING INC
4035 FIRST STREET WEST
SANFORD   FL 32771-9721

| 1995 | - | - | - | - | $ 277.82 |

EMPLOYER NUMBER:  62-1524338
STELLAR MANAGEMENT GROUP INC
412 GEORGIA AVE STE 300
CHATTANOOGA   TN 37403-1842

| 1995 | - | - | - | - | $ 895.13 |

EMPLOYER NUMBER:  74-2326484
WM D LOONEY
PO BOX 294059
KERRVILLE   TX 78029-4059

| 1995 | - | - | - | - | $ 611.05 |

EMPLOYER NUMBER:  86-0833316
IMPERIAL FORCES INC
ALLIED FORCES & LABOR EXPRESS TEMPO
PO BOX 15008
CHANDLER   AZ 85244-5008

| 1996 | - | - | - | - | $ 31.50 |

EMPLOYER NUMBER:  91-1287341
LABOR READY INC
PO BOX 2910
TACOMA   WA 98401-2910

| 1996 | - | - | - | - | $ 362.50 |

PAGE 009

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS              JOB:
VERSION 1984.002 * * *      FOR SSN 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        * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|------|-------------|--------------|-------------|-----------|-------|

EMPLOYER NUMBER:  47-0248710
CONAGRA FOODS INC
% ERIC JOHNSON
1 CONAGRA DR
OMAHA   NE 68102-5003

| 1997 | - | - | - | - | $ 835.72 |

EMPLOYER NUMBER:  47-0702463
TRIDENT SEAFOODS CORPORATION
5303 SHILSHOLE AVE NW
SEATTLE   WA 98107-4021

| 1997 | - | - | - | - | $ 2,527.59 |

EMPLOYER NUMBER:  48-1120788
SEABOARD FARMS INC
9000 W 67TH ST
SHAWNEE MSN KS 66202-3631

| 1997 | - | - | - | - | $ 741.82 |

EMPLOYER NUMBER:  48-1129505
NATIONAL BEEF PACKING CO LLC
% NBP CO L C GEN PTR
PO BOX 978
LIBERAL   KS 67905-0978

| 1997 | - | - | - | - | $ 1,857.24 |

EMPLOYER NUMBER:  48-1140791
MARK LOBMEYER
 FAMILY BOOK HOUSE
FAMILY BOOK HOUSE
PO BOX 316
DARROUZETT   TX 79024-0316

| 1997 | - | - | - | - | $ 3,278.82 |

PAGE 010

```
A-1826                 ITEMIZED STATEMENT OF EARNINGS           JOB:
VERSION 1984.002 * * *      FOR SSN 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      * * *
```

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER:   73-1055538
HITCH ENTERPRISES INC
PO BOX 1308
GUYMON   OK 73942-1308

| 1997 | - | - | - | - | $ 954.96 |
| 1998 | - | - | - | - | $ 244.80 |

EMPLOYER NUMBER:   86-0514245
ARIZONA LABOR FORCE INC
PO BOX 1205
CHANDLER   AZ 85244-1205

| 1997 | - | - | - | - | $ 12.50 |

EMPLOYER NUMBER:   52-1953953
MARRIOTT INTERNATIONAL
 ADMINISTRATIVE SERVICES INC
% CORP TAX DEPT 924 13
10400 FERNWOOD RD DEPT 52-92450
BETHESDA   MD 20817-1102

| 2001 | - | - | - | - | $ 34.68 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER   2006 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                    PAGE 011 END