# EXHIBIT H

BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VERGARA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSIEL VERGARA-PEREZ,<br><br>    Defendant. | No. CR- 07-00595 JF<br><br>**DECLARATION OF<br>MARIA ELVIA FLORES** |

I, MARIA ELVIA FLORES hereby declare:

1. I am an older sister of Osiel Vergara-Perez.

2. My date of birth was August 13, 1967.

3. Osiel is the fourth youngest of my eleven brothers and sisters.

4. Osiel and I were born in a village in the State of Mexico named Palmer Chico. Life was very difficult for our family there, and we were very poor growing up.

5. Osiel had to stop going to school when he was about twelve years old, in order to start working to help support the family.

6. Osiel came to the United States around 1984, when he was only about fifteen years old, to find work so that he could send money home to my parents.

DECLARATION OF
MARIA ELVIA FLORES                                     1

7. All of my other brothers and sisters (except for two), and my parents, have also come to the United States to find employment.

8. I first came to the United States with my brother, Augusto, in the mid 1980's, when I was about twenty years old.

9. I have since become an United States Legal Resident Alien.

10. At the present time, my mother Adalberta Perez-Burrum, is living with me and my family in Chicago, IL. My brother Bolivar, and sister Maria, also live in Chicago.

11. My father, Alvoro Vergara, is living with my sister, Maria Adenis Vergara, in Kerrville, Texas.

12. My brother, Areli Vergara-Perez, and my sisters, Zoila Vergara, and Urbana Molina-Perez, also live in Kerrville.

13. The only members of our my immediate family who still live in Mexico are my sister, Maria Elena Vergara-Perez, and my brother, Augusto Vergara-Perez.

14. Osiel, who has never married, has always traveled to find work. It has been a number of years since we have both lived in the same place.

15. Even though we have not lived in the same place for a number of years, we speak frequently on the telephone, and he often asks for my advice.

16. Osiel is also very close to our brother, Areli, and our sisters, Maria Adenis Vergara-Perez, Zoila Vergara-Perez, and Urbana Molina-Perez, who live in Texas.

17. It would be a hardship on Osiel to be deported to Mexico again. He would be a stranger there.

18. Our only relatives there now are our brothers, Augusto, Bertin, and Jesus, who live in Palmar Chico in the State of Mexico, and Maria Elena, who lives in a small village about 45 minutes from Palmer Chico.

19. Osiel was just a little boy when our older brothers left home, and since Osiel has lived almost 24 years in the United States, he hardly knows Augusto, Bertin, Jesus, or our sister

DECLARATION OF
MARIA ELVIA FLORES                                2

Maria Elena.

20. None of our brothers, or Maria Elena would be able to economically support Osiel if he were to be deported. They all have children and families of their own to support, and they live in places where it would be very difficult for Osiel to find work.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true. Executed this ____ day of April, at Chicago, Illinois.

*Maria E. Flores*
MARIA ELVIA FLORES

DECLARATION OF
MARIA ELVIA FLORES                                                3

## CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, Ana Detrinidad, do hereby certify that I have, to the best of my ability, translated from English to Spanish the attached 2-page Declaration of Urbana Molina-Perez in the matter of USA v. Osiel Vergara-Perez, CR-07-00595 JF.

I am a Federally Certified Court Interpreter qualified by the Administrative Office of the United States Courts under Certificate No. 02-018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on the 14th day of April, 2008, in San Jose, California.

Ana Detrinidad
Certified Court Interpreter
870 Chagall Road
San Jose, CA 95138
(408) 482-9103

1  BARRY J. PORTMAN
   Defensor Público Federal
2  MANUEL U. ARAUJO
   Defensor Público Federal Adjunto
3  160 West Santa Clara Street, Suite 575
   San José, CA 95113
4  Teléfono: (408) 291-7753

5  Abogado de la Parte Inculpada VERGARA-PÉREZ

6

7           EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

8                PARA EL DISTRITO NORTE DE CALIFORNIA

9

10 ESTADOS UNIDOS DE NORTEAMÉRICA,    )    No. CR-07-00595 JF
                                      )
11         Parte Acusadora,            )    **DECLARACIÓN DE**
                                      )    **MARÍA ELVIA FLORES**
12 vs.                                 )
                                      )
13 OSIEL VERGARA-PÉREZ,                )
                                      )
14         Parte Inculpada.            )
                                      )
15 _____)

16

17      Yo, MARÍA ELVIA FLORES, por medio del presente manifiesto que:

18      1. Soy una hermana mayor de Osiel Vergara-Pérez.

19      2. Mi fecha de nacimiento fue el 13 de agosto de 1967. Mi hermana gemela y yo fuimos el

20 séptimo y octavo alumbramiento de doce hijos en mi familia.

21      3. Vine a los Estados Unidos por primera vez con mi hermano Augusto, a mediados de los

22 años 80, cuando tenía unos veinte años de edad.

23      4. Posteriormente me convertí en Extranjera con Residencia Legal en los Estados Unidos.

24      5. Osiel, llama a mi madre, quien vive conmigo, con frecuencia. Osiel tiene una relación muy

26 cercana con mis padres.

        6. Osiel envía dinero a mis padres regularmente para ayudar con su manutención.

DECLARACIÓN DE                    1
MARÍA ELVIA FLORES

7. Osiel llegó a los Estados Unidos por primera vez cuando tenía unos quince años de edad, a mediados de los años 80, para encontrar empleo.

8. Osiel ha vivido en los Estados Unidos por unos veinte y cuatro años. No hay muchos miembros de nuestra familia aún viviendo en México.

9. Sería una gran dificultad para mí que deportaran a Osiel a México porque me sería muy difícil volver a verlo, dado que la mayoría de nuestros hermanos y hermanas viven todos en los Estados Unidos y hay pocos motivos para que mi familia inmediata y yo viajemos a México.

10. No recuerdo todos los demás lugares donde Osiel ha vivido en los Estados Unidos. Se mudaba mucho para encontrar empleo, pero sé que ha estado viviendo y trabajando en los Estados Unidos desde la primera vez que llegó aquí.

11. Siete de nuestros otros hermanos y hermanas viven en los Estados Unidos.

12. Nuestro hermano Areli, y nuestras hermanas Zoila, María Adenis, y Urbana, viven en TX.

13. Nuestra hermana María y nuestro hermano Bolívar, ambos viven en Chicago, Illinois.

14. Nuestros otros cuatro hermanos, quienes ahora viven en México, también han vivido en los Estados Unidos en diferentes momentos.

14. Mi madre, Adalberta Pérez-Berrum, quien actualmente vive conmigo en Chicago, Illinois, recientemente se convirtió en Extranjera Residente Legal en los Estados Unidos.

15. Mi padre, Alvoro Vergara, quien se está quedando con mi hermana María Adenis en Kerrville, Texas, está planeando hacer trámites para convertirse en extranjero residente legal en los Estados Unidos ahora que mi madre ha terminado el proceso.

Yo declaro bajo protesta de decir verdad que lo anterior es verdadero y correcto, excepto por los asuntos manifestados por información y convicción, y respecto de esos asuntos, estoy informada y creo que son verdaderos. Suscrito hoy día ____ de marzo en Chicago, Illinois.

*María E. Flores*
MARÍA ELVIA FLORES