# EXHIBIT J

1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant VERGARA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR- 07-00595 JF |
|---|---|
| Plaintiff, | ) **DECLARATION OF** |
| vs. | ) **URBANA MOLINA-PEREZ** |
| OSIEL VERGARA-PEREZ, | ) |
| Defendant. | ) |

I, hereby declare:

1. URBANA MOLINA-PEREZ I am the oldest sibling of the defendant, Osiel Vergara-Perez. There were twelve children in our family.

2. I was born on January 24, 1954, in Palmar Chico, in the State of Mexico.

3. I have lived in Kerrville, Texas for many years, and I am a United States Resident Alien.

4. I have not seen my brother Oseil, for a number of years, but I speak to him on the telephone almost every week.

5. It would break my heart if Osiel were to be deported to Mexico again, since it would make it very difficult for me to see him.

6. I also believe that it would be a hardship on Osiel if he were to be deported to Mexico,

DECLARATION OF
URBANA MOLINA-PEREZ                                   1

1  since most of our family resides now in the United States.

2      7. Our family was very poor when we were growing up in Mexico. Osiel was unable to
3  attend very many years of school, because he had to go to work at a very young age. I remember
4  that as a youth of only eight or nine years old, Osiel sold bread in the streets of Palmar Chico,
5  Mexico, where we lived, to help support our family.

6      8. Osiel still sends money regularly to our parents which they use for their living
7  expenses.

8      I declare under penalty of perjury that the foregoing is true and correct except for those
9  matters stated on information and belief and as to those matters I am informed and believe them
10 to be true. Executed this ____ day of March, at Kerrville, Texas.

                                                                        _____
                                                                        URBANA MOLINA-PEREZ

DECLARATION OF
URBANA MOLINA-PEREZ                                     2

## CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, Ana Detrinidad, do hereby certify that I have, to the best of my ability, translated from English to Spanish the attached 2-page Declaration of María Elvia Flores in the matter of USA v. Osiel Vergara-Perez, CR-07-00595 JF.

I am a Federally Certified Court Interpreter qualified by the Administrative Office of the United States Courts under Certificate No. 02-018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on the 14th day of April, 2008, in San Jose, California.

_____
Ana Detrinidad
Certified Court Interpreter
870 Chagall Road
San Jose, CA 95138
(408) 482-9103

```
1  BARRY J. PORTMAN
   Defensor Público Federal
2  MANUEL U. ARAUJO
   Defensor Público Federal Adjunto
3  160 West Santa Clara Street, Suite 575
   San José, CA 95113
4  Teléfono: (408) 291-7753
5
   Abogado de la Parte Inculpada VERGARA-PÉREZ
6
```

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

PARA EL DISTRITO NORTE DE CALIFORNIA

| | |
|---|---|
| ESTADOS UNIDOS DE NORTEAMÉRICA, | No. CR-07-00595 JF |
| Parte Acusadora, | **DECLARACIÓN DE URBANA MOLINA-PÉREZ** |
| vs. | |
| OSIEL VERGARA-PÉREZ, | |
| Parte Inculpada. | |

Por medio del presente manifiesto que:

1. Yo, URBANA MOLINA-PÉREZ soy la mayor de los hermanos de Osiel Vergara-Pérez, el inculpado. Hubo doce hijos en nuestra familia.

2. Nací el 24 de enero de 1954 en Palmar Chico, en el Estado de México.

3. He vivido en Kerrville, Texas, un número de años y soy Extranjera Residente Permanente de los Estados Unidos.

4. No he visto a mi hermano Osiel por un número de años, pero hablo con él por teléfono casi cada semana.

5. Se me partiría el corazón si Osiel fuera deportado a México de vuelta, ya que sería muy difícil para mí verlo.

6. También creo que sería una gran dificultad para Osiel si fuera deportado a México,

DECLARACIÓN DE                    1
URBANA MOLINA-PÉREZ

ya que la mayoría de nuestra familia ahora reside en los Estados Unidos.

7. Nuestra familia era muy pobre cuando estábamos creciendo en México. Osiel no pudo asistir a muchos años de escuela porque tuvo qué ir a trabajar muy chico. Recuerdo que de niño a sólo ocho o nueve años de edad, Osiel vendía pan en las calles de Palmar Chico, México, donde vivíamos, para ayudar a mantener a nuestra familia.

8. Osiel aún sigue enviando dinero a nuestros padres regularmente, el cual usan para su manutención.

Yo declaro bajo protesta de decir verdad que lo anterior es verdadero y correcto, excepto por los asuntos manifestados por información y convicción, y respecto de esos asuntos, estoy informada y creo que son verdaderos. Suscrito hoy día ____ de abril en Kerrville, Texas.

*Urbana V. Molina*
URBANA MOLINA-PÉREZ

# EXHIBIT K
# (AUDIO TAPE)

# EXHIBIT L

IN THE COURT
FOR THE SECOND JUDICIAL DISTRICT
IN AND FOR THE CITY AND COUNTY OF DENVER
STATE OF COLORADO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF COLORADO<br><br>vs.<br><br>**OSIEL VERGARA**<br><br>City Jail | Criminal Action No. **98CR2332-20**<br>6-17-98 @ 900<br><br>COMPLAINT/INFORMATION for:<br>**DISTRIBUTION OF A CONTROLLED SUBSTANCE, SCHEDULE I, C.R.S. 18-18-405(1)(a) and (2)(a)(I) (F-3) 1**<br>*[3343B; 18-18-405(2)(a)(I) F3 DST1]*<br>**POSSESSION OF A CONTROLLED SUBSTANCE SCHEDULE I, C.R.S 18-18-405(1)(a) and (2)(a)(I) (F-3) 2**<br>*[33431; 18-18-405(1)(a) F3 POS1]* |
| PD CASE NO. 980022609<br>DOB: **9-19-69**<br>DPD# 544493<br>BOOKING NO. 1085281<br>DOA: 6-9-98/rv<br>ORI NO. CODPD0000 | **DIRECT FILE IN DISTRICT COURT**<br><br>Co-Def: MICHAEL STRACHAN<br><br>**DRUG COURT** |

A. WILLIAM RITTER, JR., District Attorney within and for the Second Judicial District of the State of Colorado, in the name and by the authority of the People of the State of Colorado, informs the Court that, on or about the **9th day of June, A.D. 1998**, at the City and County of Denver, State of Colorado, **OSIEL VERGARA**, did unlawfully, feloniously, and knowingly manufacture, dispense, sell, distribute, and possess with intent to manufacture, dispense, sell, and distribute, and did induce, and attempt to induce, and conspire with, one or more other persons to manufacture, dispense, sell, distribute, and possess with intent to manufacture, dispense, sell and distribute a Schedule I, Controlled Substance, to wit: **Heroin**; contrary to the form of the statute in such case made and provided, and against the peace and dignity of the People of the State of Colorado.

BY: _____
DEPUTY DISTRICT ATTORNEY, REG. NO. 8526

Subscribed and sworn to before me on June 12, 1998.
My commission expires: 6-19-2000.

NOTARY PUBLIC
303 West Colfax Avenue, Suite 1300
Denver, CO 80204

**THE COURT CONSENTS TO THE FILING OF THIS COMPLAINT/INFORMATION.**

**ORIGINAL DULY VERIFIED**

BAIL FIXED AT $ 10,000 (JUDGE) _____    DATE JUN 1 2 1998

A. WILLIAM RITTER, JR., District Attorney, in the name and by the authority of the People of the State of Colorado, further informs the Court:

## SECOND COUNT

That on or about the **9th day of June, 1998**, at the City and County of Denver, State of Colorado, **OSIEL VERGARA**, did unlawfully, feloniously, and knowingly possess a Schedule I, Controlled Substance, to-wit: **Heroin**; contrary to the form of the statute in such case made and provided, and against the peace and dignity of the People of Colorado.

---

## WITNESSES FOR PRELIMINARY HEARING AND TRIAL

**R. MUMFORD 73-88**
R. Mayoral 73-76
A. Laurita 79-29
J. Kilpatrick 71-21
D. Shriver - Crime Lab
DENVER POLICE DEPARTMENT

Todd Gilgren
Denver District Attorney's Office
303 W. Colfax Ave. #1300
Denver, CO 80204
640-7478

If expert testimony on drug packaging, processing or sale and consumption issues is needed, a senior detective from the narcotics bureau may be called. Trial deputies will call defense counsel with specific names before trial so that they will have an opportunity to interview the detective if they wish.

By:_____
Deputy District Attorney, Reg. No. 8526