# EXHIBIT N

```
 1  DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO

 2  Case No. 98 CR 2332, Courtroom 20

 3  REPORTER'S TRANSCRIPT: Sentencing Hearing

 4  ----------------------------------------------------------

 5  THE PEOPLE OF THE STATE OF COLORADO,

 6  Plaintiff,

 7  v.

 8  OSIEL VERGARA,

 9  Defendant.

10  ----------------------------------------------------------

11          This matter commenced on Wednesday, July 8,
    1998, before the HONORABLE PAUL A. MARKSON, JR., Judge
12  of the Denver District Court.

13          This is a transcript of the Sentencing
    Hearing, being so requested by Ms. Catherine Ward
14  Neece, investigator for the Federal Public Defender's
    Office in San Jose, California.
15  ----------------------------------------------------------

16

17

18  FOR THE DEFENDANT:    LAURA L. CASE, Reg. #20746
                          Attorney-at-Law
19

20

21  INTERPRETER:          Genevieve Mellman
    (Spanish)
22

23

24

25  Defendant personally present in custody.
```

```
                              AFTERNOON SESSION 3:28 p.m.
                              WEDNESDAY, JULY 28, 1998

                        P R O C E E D I N G S
```

(The following proceedings occurred in open court with all parties present.)

THE COURT: Number 39, Osiel Vergara.

MS. CASE: Laura Case on behalf of the defendant who appears in custody.

Your Honor, we have reached a disposition and the agreement has been that we can do immediate sentencing because this is in cooperation with an INS case.

THE COURT: Okay.

What is the potential sentence?

MS. CASE: It would be to probation, Your Honor. He pled to a possession of marijuana and he would be eligible for probation, he has no prior record, and the condition of probation would be cooperation with INS and we would ask for a date certain for INS to either come and get him within 45 days or six weeks, so bring him back so we can remind -- because there's been a real problem with that --

1    THE COURT: I don't do that.
2    MS. CASE: Okay.
3    If he notifies me in six weeks can I reset
4 him on the docket, Your Honor?
5    THE COURT: Come and talk to us about it.
6    MS. CASE: Okay.
7    THE COURT: Six weeks isn't enough time for
8 the federal government to work.
9    MS. CASE: Okay.
10    THE COURT: Okay.
11    The Court will impose a five-year-
12 probationary term, waive fees and costs. As a
13 condition of the probation the defendant will be
14 required to cooperate with the INS and not to return
15 to the United States illegally within the next five
16 years.
17    If you do return, Mr. Vegara, before the
18 five-year-period you can be sentenced then to anywhere
19 from two to 24 years at the Department of Corrections,
20 plus five years of parole and a three-quarter million
21 dollar fine. So if you're deported you have to stay
22 out for five years.
23    MS. CASE: Thank you, Your Honor.
24    THE COURT: Thank you.
25

1       (Whereupon, the proceedings were concluded
2  at 3:30 p.m.)

REPORTER'S CERTIFICATE

STATE OF COLORADO         )
                          ) ss.
CITY AND COUNTY OF DENVER )

    I, Georgia Ann Akey, Jr., do hereby certify that I am a Certified Shorthand Reporter within and for the State of Colorado, Official Reporter for the Second Judicial District of the District Court, at Denver, Colorado; that as such reporter, I was present upon the occasion of the Sentencing Hearing of the above-entitled matter at the aforesaid time and place, and that I stenographically recorded all proceedings had.

    I do hereby certify that I reduced my said shorthand notes to typewritten form and the pages, numbered 1 through 5, inclusive, constitute a full and correct transcript of my shorthand notes, so taken as aforesaid.

    IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of October 2007.

                              */s/ Georgia Ann Akey*
                          GEORGIA ANN AKEY, JR.
                          Certified Shorthand Reporter

# EXHIBIT O

Case 5:07-cr-00595-JF   Document 31-10   Filed 05/15/2008   Page 7 of 8

U.S Department of Justice  
Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

---

CRIMINAL OFFENSE: PCS (DENVER DRUG COURT)

File No. A 71 136 ??8  
Date: 6-10-98

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| DENVER S. O. (JAIL) Denver, CO. <br><br> AND ANY ONWARD INSTITUTION | Immigration & Naturalization Service <br> 4730 Paris Street <br> Denver, CO 80239 <br> (303) 371-5603 <br> (303) 361-0748   Fax |

Name of alien: VERGARA-Perez, Osiel      DPD# 5444/93  
Date of birth: 9-19-69   Nationality: Mexican    Sex: Male   BK# 1085281

You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.  
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on ___

_____  
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.  
                                                                                                (Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

☐ Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Please acccept this notice as a detainer, VALID ONLY UPON OFFENDER'S CONVICTION FOR:  
    ☒ The "criminal offense" noted in the heading of this form   ☐ Any felony   ☐ Any offense

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling 303 371-5603 during business hours or 303 890-1095 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.   ☐ A self-addressed stamped envelope is enclosed for your convenience.   ☐ Please return a signed copy via facsimile to 303  361-0748  .  
                                                                                                                (Area code and facsimile number)  
Return fax to the attention of _____, at 303  371-3841  .  
              (Name of INS officer handling case)   (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.  
☒ Notify this office in the event of the inmate's death or transfer to another institution.  
☐ Please cancel the detainer previously placed by this Service on _____.

_____Santos A Valenzuela_____                               Santos Valenzuela, Immigration Agent  
     (Signature of INS official)                                              (Title of INS official)

---

Receipt acknowledged:

Date of latest conviction: _____   Latest conviction charge: _____  
Estimated release date: _____  
Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N