# EXHIBIT P

**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice to Appear, Bond, and Custody Processing Sheet

**A. Alien's name:** VERGARA-Perez, Osiel     aka's if any: Osiel Vergara

**Date of birth:** 9/19/69   ( 28 )    **File No.:** A 91 136 338    **Date of processing:** July 14, 1998

**Address:** Transient, Denver, CO

**Factual Allegations** (attach separate sheet if necessary):     ☐ Charged under section 212 as inadmissable    ✓ Charged under section 237 as deportable

1. You are not a citizen or national of the United States.
2. You are a native of **MEXICO** and a citizen of **MEXICO**.
3. You entered the United States at or near **Detroit, Michigan** on or about **December 01, 1990**.
4. At that time, you were admitted as an Immigrant.
5. You were, on July 08, 1998, convicted in the District Court, at Denver County, Colorado, for the offense of Possession of a Controlled Substance, to wit: Heroin.

☐ Attorney of Record?

**Supporting Evidence**
   See file for I-213, and supporting documentation

**B. ADDITIONAL FACTORS TO BE CONSIDERED FOR BOND/CUSTODY DETERMINATION**

1. Is petition or application pending for this alien or family member? (Explain)
   **none found**

2. Total times apprehended ___
   Bonded before? ___   How many times? ___   Released O/R before ___
   Bond breached? ___   How many times? ___   Complied with terms of O/R? ___

3. Present health of subject, spouse and children (Explain if other than good)
   **Appears good**

4. Total time in U.S., dates and location; residing with (Family members or others)
   **See file for copy I-213**

5. Personal property in U.S. (Liquid and non-liquid assets)
   **claims none, unless I-43 completed and in file**

6. Family members in U.S. (Spouse, Children, immediate relatives) address if different than subject's
   **See file for copy I-213**

7. Employment history: (Other than current)
   **See file for copy I-213**

8. Other factors (i.e. false claim, attempted flight, unsupervised children at home, etc.)
   **see narrative, form I-213 for details**

**C. The undersigned recommends**    ☐ VD without NTA    ☒ NTA Charges(Code): _____
Signature and title of officer: _____

**D. Approved as to legal sufficiency:**    Date: ___    Office: ___
Signature and title of Service counsel: ___

**E. Based on the above information I have set the following bond** $ **No Bond**    Date: **7/14/98**    Office: **Denver, Colorado**
Signature and title of authorizing official: _____    **District Director**

Form I-265 (Rev. 4-1-97)N

# EXHIBIT Q

U.S. Department of Justice
Immigration and Naturalization Service

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|
| CESAR-PEREZ | C[?] | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | A | 504 | 150 | |

U.S. Address: c/o INS WCC, 11901 E. 30th Ave., Aurora, CO 80010 — Transient

Date, Place, Time, and Manner of Last Entry: 5-98, El Paso, TX, WK

Scars and Marks: pale face

Number, Street, City, Province (State) and Country of Permanent Residence: Palmar Chico, Mexico, Mexico

Method of Location/Apprehension: 511.2.5

Date of Birth: 9.19.69  (28)    Date of Action: 6.10.98   Location Code: DEN

At/Near: Denver, CO    Date/Hour: .98

City, Province (State) and Country of Birth: SA

By: Valenzuela

Status at Entry: EWI-Mexico    Status When Found: INST

Social Security Account Name: SAME
Social Security Number: 590 72 9781

Immigration Record: CN
Criminal Record: Claims only current, FLA, TX

Name, Address, and Nationality of Spouse: CN
Number and Nationality of Minor Children: CN

Father's Name, Nationality, and Address: Alvaro Cesarea-Rivera, Mex, So. Carolina
Mother's Name: Edelberta Perez-Berron, Mex, SA[?]

Charge Code Word(s): I6A

Narrative:
BOOKING#/DPD#:
CASE#
CRIME:
AG FELON:
APPEAL:
DETAINER DATE:   /  /98
SENTENCE:

COURT: DENVER DRUG COURT
STATUTE VIOL: 18-18-405 CRS
CONV DATE:
OFFENSE DATE:   /  /98
CIS/NIIS: NEG
NCIC/CCIC: NEG
DL:DPD0

SUBJECT is a citizen and national of        in the U.S. in violation of 212(a)(6)(A)(i), alien present without admission or parole.

SUBJECT was arrested by DPD for POSSESSION OF A CONTROLLED SUBSTANCE. Arresting officers PC/statement attached.

INS detainer lodged.          91 136 338

Claims CPR 90 80, Tampa FLA.
Heroin addict

Officer: S.J. Valenzuela
On:   /   /98 at      M

Distribution:
Original: A-File
cc: Stats
cc: Alpha

# EXHIBIT R

# Draft Transcript of July 31, 1998,
# Vergara-Perez Deportation Hearing

This is a group removal proceedings out of ..Colorado on July 31, 1998.

| | |
|---|---|
| Judge: | The reason for this hearing is to see if you can remain in the United States or if you should be deported to your native countries. |
| Judge: | The Immigration Service Claims that in almost all cases you entered the United States illegally, that is without inspection. |
| Judge: | And that you should be deported or removed for that reason. |
| Judge: | Also, in two case which I will read to you in a minute, they claim that you have been convicted of crimes in the United States. |
| Judge: | And that you should be removed for that reason. Do you understand the reason for the hearing? |
| Defendants: | Yes. |
| Judge: | You should have received three documents from the Immigration Officers. |
| Judge: | The Notice to Appear, which explains the charges against you... |
| Judge: | ...the list of free legal services of Colorado |
| Judge: | And, the notice of your appeal rights. |
| Judge: | Did you receive these documents? |
| Defendants: | Yes |
| 1Defendant: | I did them here, they gave them to me over in Texas. |
| Judge: | Do you have them sir? |
| 1 Defendant: | Yes |
| Judge: | Alright. |
| 1 Defendant: | I don't have it. I left them over there because I was not allowed to bring them here. |

**Draft Transcript of July 31, 1998,
Vergara-Perez Deportation Hearing    1**

| | |
|---|---|
| Judge: | Alright, that's fine. |
| 1 Defendant: | I did not bring them here. |
| Judge: | Alright. You all have the right to counsel during your hearing. |
| Judge: | If you would like to get an attorney I will give you two weeks to find one. |
| Judge: | If you cannot afford private counsel, you may call the legal aid offices on your list. |
| Judge: | They are available to help you free of charge. |
| Judge: | Or you may speak for yourself without counsel. |
| Judge: | Do you understand? |
| Defendants: | Yes |
| Judge: | Is there anyone who would like to have two weeks to find an attorney or two weeks to prepare yourself? |
| Defendant: | Yes. |
| Judge: | Your name sir? |
| Defendant: | Calderon-Barrios |
| Judge: | Calderon-Barrios number 539. Alright, I'll set your case over for two weeks to August 14, but I will have you stay in here for the reading of all the rights including your appeal rights. |
| Judge: | Your case goes over to August 14, 9:00 for counsel. |
| Judge: | Is there anyone else who wants to be set over to find counsel? |
| Judge: | Yes or no. |
| Defendants: | No |
| Judge: | During the hearing you have the right to present evidence and to object to any evidence the government might use against you. |
| Judge: | And you have the right to question or cross examine witnesses. |
| Judge: | You understand these rights? |

**Draft Transcript of July 31, 1998,
Vergara-Perez Deportation Hearing**    2

| | |
|---|---|
| Defendants: | Yes |
| Judge: | Are you citizens or nationals of the United States? |
| Defendants: | No |
| Judge: | And Mr. Castillo Chavez, no excuse me. Mr. Oliva-Zamora, are you a native and citizen of Honduras? |
| Judge: | Excuse me, I think I have the wrong case here. Next, I'll give you, the country of your nationality and your entry. |
| Judge: | Mr. Bertine Cruz are you a native and citizen of Honduras? |
| Defendant: | Yes. |
| Judge: | Mr. Bernabe Dominican Republic? |
| Defendant: | Yes. |
| Judge: | Mr. Argueta, Guatamala? |
| Judge: | Mr Argueta? |
| Defendant: | Yes. |
| Judge: | Thank you. And everyone else are you natives and citizens of Mexico? |
| Defendants: | Yes. |
| Judge: | Mr. Castillo-Chavez did you enter at Hidalgo, Texas on March 16, 1998? |
| Defendant: | Yes. |
| Judge: | And all of these dates I give you all will be 1998 unless specified otherwise. |
| Judge: | Mr. Cruz-Gutierrez, did you enter at Brownsville, Texas, July 22? |
| Defendant: | Yes. |
| Judge: | Mr. Bernabe, Brownsville, Texas, July 24? |
| Defendant: | Yes |
| **Judge:** | **Mr. Vergara did you enter at Detroit, Michigan as an immigrant on** |

**Draft Transcript of July 31, 1998,
Vergara-Perez Deportation Hearing**    3

December 1, 1990?

**Vergara:** That is false

**Judge:** When did you enter sir?

**Vergara:** 1984 but that was through a cuña.

**Judge:** What's a cuña?

**Interpreter:** Coahuila.

**Judge:** A what?

**Interpreter:** Coahuila.

**Judge:** I don't understand the interpreter

**Interpreter:** Coahuila, that's Mexico area.

**Judge:** Ok, thank you. And sir, did you get your green card in Detroit, Michigan on December 1, 1990? And does the service have any objection to changing that new adjusted status?

**Service:** No your honor. (Inaudible)

**Judge:** So I will change that to show that, that was when you got your permanent status sir.

**Judge:** And sir, where you convicted of possession of Heroine in Denver District Court July 8 of this year?

**Vergara:** Yes.

**Judge:** Mr. Argeta Maximo. Did you enter at Douglas, Arizona on July 20?

**Defendant:** Yes.

**Judge:** Mr. Sanchez-Perez did you enter at Douglas of February of this year?

**Defendant:** Yes.

**Judge:** And were you convicted of possession of cocaine on June 18 of this year in Salt Lake City, District Court?

**Draft Transcript of July 31, 1998,**
**Vergara-Perez Deportation Hearing**   4

| | |
|---|---|
| Defendant: | Yes. |
| Judge: | Jose Castro-Nogales in July of this year? |
| Defendant: | Yes |
| Judge: | Emillio Bautista-Nogales, July 22? |
| Defendant: | Yes. |
| Judge: | Now the charge against many of you is entry without inspection. |
| Judge: | Except the follow who have legal status. |
| Judge: | Mr. Vergara, Mr. Uribe, and Mr. Chavez-Gonzalez, and Gibarra-(inaudible). |
| Judge: | For everyone else, when you entered where you inspected by an Immigration Officer? |
| Defendant: | No |
| Judge: | Where you inspected by an immigration officer when you entered? |
| Defendants: | No |
| Judge: | And if you are removed starting with Mr. Cruz-Gutierrez, if you are removed, which country do you chose? |
| Defendant: | Honduras. |
| Judge: | Mr. Barnabe? |
| Defendant: | Dominican Republic |
| Judge: | Mr. Argeta-Maximo |
| Defendant: | Guatamala |
| Judge: | Mr. . . . and everyone else what country do you chose? |
| Defendant: | Mexico |
| Judge: | Now I'm going to see if you might qualify for some benefit under the immigration laws. |

**Draft Transcript of July 31, 1998,
Vergara-Perez Deportation Hearing    5**

| | |
|---|---|
| Judge: | You may ask for voluntary departure if you can pay for your bus ticket to Mexico. |
| Judge: | For citizens of Mexico, or for your airline ticket to another country if you are not from Mexico. |
| Judge: | The bus ticket is $100. |
| Judge: | Those with drug convictions are not eligible for voluntary departure. |
| Judge: | **And even though you are permanent residents there is no waiver available to allow you to keep your green card.** |
| Judge: | Whether you have voluntary departure or whether you are removed, it usually takes the same time. Neither one is faster. |
| Judge: | But your case will be delayed if you cannot pay for your ticket immediately. |
| Judge: | So if anyone wants to apply for voluntary departure you may raise your hands. |
| Judge: | Or if you have a question about your immigration status or about getting a visa through a family member you may raise your hand. |
| Judge: | Anyone? |
| Judge: | Your name sir? |
| Defendant: | Chavez. |
| Judge: | I didn't hear that, Aldo Chavez, number (inaudible). |
| Judge: | And your question sir? |
| Defendant: | My wife is a resident, my children were born here, my whole family. |
| Judge: | Well unfortunately for you sir you have a serious drug conviction and there is no waiver available to you. |
| Judge: | And in fact, if you come back to the United States illegally you can receive 20 years in the Federal Penitentiary. |
| Judge: | So there is nothing I can tell you that will give you any encouragement. |
| Judge: | Anyone else? |
| Judge: | Your name sir? |

**Draft Transcript of July 31, 1998,
Vergara-Perez Deportation Hearing    6**

| | |
|---|---|
| Defendant: | Uribe. |
| Judge: | Mr. Uribe. Number 36 on the list case 664, yes go ahead sir. |
| Defendant: | My question is all my family is here and I have no family in Mexico. (Inaudible) |
| Judge: | No it would be the same problem in your case and the reason is that you have a conviction where you received 0-5 years. There is no waiver available to you. Now, if you are, I will ask the Service their opinion on this case 664. |
| Service: | I still think it's a permanent (inaudible) but (inaudible) sentenced reduce. |
| Judge: | Yes, I was going to say that and then ask for the Service if they had any different position, but sir, this is a permanent bar. You cannot return to the United States at anytime. And if you do come back you would be subject to that penalty also. The only possibility you would ever have of coming back is if you were successful in going back into court and getting that criminal case removed and even then sometimes it doesn't do any good. But that's the only other possibility is talk to whoever represented you and that is not an easy thing. Your name sir? |
| Defendant: | Bernal. |
| **Judge:** | **Vergara, what is your question?** |
| **Vergara:** | **Can I come back to the United States if I get married because I have my fiancé here?** |
| **Judge:** | **Case 338. No sir. This is a felony drug conviction and there is no relief available to you and there is no possibility for you to come back as long as that is on your record.** |
| **Interpreter:** | **No sir, what you have is a felony drug conviction and with your current record you cannot come back.** |
| Judge: | You all have the right to appeal my decision within 30 days. |
| Judge: | To appeal you would fill out an appeal form and mail it to the board of immigration appeals within 30. The board has the authority to overturn my decision. We will give you the appeal forms if you think you might want to appeal. Is there anyone who wishes to appeal? |
| Defendant: | Yes. |
| Judge: | Your name? |

**Draft Transcript of July 31, 1998,
Vergara-Perez Deportation Hearing   7**

| | |
|---|---|
| Defendant: | Uribe. |
| Judge: | **Is there anyone else who wishes to appeal?  Yes or No?** |
| Defendant: | Yes |
| Judge: | **One other gentleman said yes and your name sir.** |
| Vergara: | **Osiel Vergara** |
| Interpreter: | **Osiel Vergara, I think this is case 338.** |
| Judge: | **Jose Gabarra** |
| Vergara: | No |
| Interpreter: | Vergara |
| Judge: | **Oh, excuse me, Vergara That is a different one.  That is a case 338.  And sir do you understand your appeals right that I explained to the other fellow?** |
| Vergara: | Yes. |
| Judge: | **Ok so we will hand you the forms also.** |
| Judge: | This hearing is closed. |

**Draft Transcript of July 31, 1998,
Vergara-Perez Deportation Hearing**    8