# EXHIBIT S

**U.S. Department of Justice**
Immigration and Naturalization Service

*4730 Paris Street*
*Denver, Colorado 80239*

August 4, 1998

MEMORANDUM FOR FILE A91 136 338
VERGARA-Perez, Osiel

FROM: Homero Mendoza
Deportation Officer

SUBJECT: Alien no Longer Wishes to Appeal his Case

On August 4, 1998 I spoke with the above named alien concerning the Order of the Immagration Judge entered on July 31, 1998. This was an Order of Removal by Judge J.P. Vandello of the Executive Office for Immigration Review. I received a KITE from this alien on August 4, 1998, in which he expressed that he no longer wished to appeal his case and also that he would like to be removed from the United States to Mexico as soon as possible.

Below is the signature of the above referenced alien along with the signature of a witness. This memorandum was translated in Spanish to the alien by Deportation Officer Homero Mendoza.

Name of Alien: Osiel Vergara Perez

Signature of Alien: [signature]

Name of Witness: [handwritten name]

Signature of Witness: [signature]

# EXHIBIT T

U.S. Department of Justice
Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: A91 136 338

Date: August 03, 1998

**To any officer of the United States Immigration and Naturalization Service:**

VERGARA-Perez, Osiel AKA VERGARA, Osiel
(Full name of alien)

who entered the United States at or near Detroit, Michigan on or about December 01, 1990

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation, or removal proceedings

☐ a district director or a district director's designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 237(a)(2)(B)(i) of the Immigration and Nationality Act.
Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: "Salaries and expenses, U.S. Immigration and Naturalization Service, 1998" including the expenses of the attendant, if necessary.

(Signature of INS official)

DISTRICT DIRECTOR
(Title of INS official)

Denver, Colorado August 03, 1998
(Date and office location)

Form I-205 (Rev 4-1-97)N

To be completed by Service officer executing the warrant:
Name of alien being removed:

Port, date, and manner of removal:

Photograph of alien removed

Right index fingerprint of alien removed

(Signature of alien being fingerprinted)

(Signature & title of INS official taking print)

Departure witnessed by: DEO
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by:
(Signature and title of INS official)