# EXHIBIT U

BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VERGARA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSIEL VERGARA-PEREZ,<br><br>    Defendant. | No. CR- 07-00595 JF<br><br>**DECLARATION OF<br>ADALBERTA PEREZ-BERRUM** |

I, ADALBERTA PEREZ-BERRUM hereby declare:

1. I am the mother of Osiel Vergara-Perez, the defendant, who was born on September 19, 1969, in Palmar Chico, Mexico.

2. My date of birth was December 9, 1936.

3. My husband, Alvoro Vergara, and I have twelve children. Osiel is the fourth from the youngest.

4. I stay in close contact with my son, Osiel. He telephones me usually every other week, or about two times every month.

5. For the last fifteen years, since my husband and I retired, Osiel has regularly sent my husband and I money to use for our living expenses.

DECLARATION OF
ADALBERTA PEREZ-BERRUM                               1

6. We rely on Osiel for financial support, and it would be a great hardship for my husband and I to do without the income that he provides for us.

7. In addition to Osiel, seven of our other twelve children currently reside in the United States.

8. Our other four children, who are living in Mexico now, have also lived for many years in the United States at different times.

6. In addition to my own children who reside in the United States, I also have a number of nieces and nephews who live in the states of Florida and Georgia.

7. My husband and I are both in our early 70s. We are not divorced, but we are currently living apart, each of us with a different one of our daughters.

8. My husband is currently staying with our daughter, Maria Adenis, in Kerrville, Texas, which is located near San Antonio, Texas.

9. Our daughters Zoila, and Urbana, also both live in Kerrville, Texas.

10. Our son Areli, lives in San Antonio, Texas

11. Earlier this year, I became a United States Legal Resident Alien.

12. I am currently staying with my daughter, Maria Elvia Flores, in Chicago, Illinois.

13. Our son Bolivar, and my daughter Maria, also live in Chicago, Illinois.

14. I first entered the United States with a visa, in about 1984. I came to visit my oldest daughter, Urbana, who was living in Texas.

15. Since then, I have returned to the United States regularly with visas to visit her and my other children who live in the United States. I usually stay in the United States for six months at a time, before returning to Mexico and applying for another visa.

16. Osiel is currently in San Jose, California, where he lived before he was arrested in this case.

17. Osiel was born on September 19, 1969, in a small town in the state of Mexico named Palmar Chico.

DECLARATION OF
ADALBERTA PEREZ-BERRUM                2

1  18. Osiel went to grade school in Mexico until he was approximately twelve years old
2  and in the 6th grade, when he had to stop going to school to get a job to help support our family.
3  20. When Osiel was fifteen years old in about 1984, he came to the United States where
4  some of his brothers, sisters, and cousins, were already living, to find employment.
5  21. Osiel has never married, and he has never had any children of his own.
6  22. Osiel has lived in several different places since coming to the United States. He
7  moved often to find employment.
8  23. I recall that Osiel worked in Florida with his cousin, Oscar Medrona, for the first few
9  years after he entered the United States in the early 1980s.
10 24. Osiel also lived and worked in the states of Georgia, where he had other cousins, and
11 in the state of Texas, where many of his brothers and sisters live.
12 I declare under penalty of perjury that the foregoing is true and correct except for those
13 matters stated on information and belief and as to those matters I am informed and believe them
14 to be true. Executed this ____ day of March, at Chicago, Illinois.

_____
ADALBERTA PEREZ-BERRUM

DECLARATION OF
ADALBERTA PEREZ-BERRUM                     3

## CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, Ana Detrinidad, do hereby certify that I have, to the best of my ability, translated from English to Spanish the attached 3-page Declaration of Adalberta Perez-Berrum in the matter of USA v. Osiel Vergara-Perez, CR-07-00595 JF.

I am a Federally Certified Court Interpreter qualified by the Administrative Office of the United States Courts under Certificate No. 02-018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on the 14th day of April, 2008, in San Jose, California.

*Ana Detrinidad*
Ana Detrinidad
Certified Court Interpreter
870 Chagall Road
San Jose, CA 95138
(408) 482-9103

```
 1  BARRY J. PORTMAN
    Defensor Público Federal
 2  MANUEL U. ARAUJO
    Defensor Público Federal Adjunto
 3  160 West Santa Clara Street, Suite 575
    San José, CA 95113
 4  Teléfono: (408) 291-7753
 5
    Abogado de la Parte Inculpada VERGARA-PÉREZ
 6
```

 7              EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

 8                    PARA EL DISTRITO NORTE DE CALIFORNIA

| | | |
|---|---|---|
| ESTADOS UNIDOS DE NORTEAMÉRICA, | ) | No. CR-07-00595 JF |
| Parte Acusadora, | ) | **DECLARACIÓN DE ADALBERTA PÉREZ-BERRUM** |
| vs. | ) | |
| OSIEL VERGARA-PÉREZ, | ) | |
| Parte Inculpada. | ) | |

Yo, ADALBERTA PÉREZ-BERRUM, por medio del presente manifiesto que:

1. Soy la madre de Osiel Vergara-Pérez, el inculpado, quien nació el 19 de septiembre de 1969 en Palmar Chico, México.

2. Mi fecha de nacimiento fue el 9 de diciembre de 1936.

3. Mi esposo, Alvoro Vergara, y yo tenemos doce hijos. Osiel es el cuarto de menor a mayor.

4. Estoy en comunicación estrecha con mi hijo, Osiel. Me llama por lo general cada dos semanas o unas dos veces al mes.

5. En los últimos quince años, desde que mi marido y yo nos jubilamos, Osiel nos ha enviado regularmente a mi esposo y a mí dinero para nuestra manutención.

6. Dependemos de Osiel para apoyo económico, y sería muy grave para mi esposo y para mí

DECLARACIÓN DE                         1
ADALBERTA PÉREZ-BERRUM

prescindir del ingreso que él nos proporciona.

7. Además de Osiel, siete de nuestros otros doce hijos viven actualmente en los Estados Unidos.

8. Nuestros otros cuatro hijos, quienes viven en México ahora, también han vivido por muchos años en los Estados Unidos en diferentes momentos.

6. Además de mis propios hijos que viven en los Estados Unidos, también tengo un número de sobrinas y sobrinos que viven en los Estados de Florida y Georgia.

7. Mi esposo y yo ambos tenemos poco más de 70 años. No estamos divorciados, pero al presente vivimos separados, cada uno de nosotros con una hija distinta.

8. Mi esposo actualmente se está quedando con nuestra hija, María Adenis, en Kerrville, Texas, que está cerca de San Antonio, Texas.

9. Nuestras hijas Zoila y Urbana también viven ambas en Kerrville, Texas.

10. Nuestro hijo Areli vive en San Antonio, Texas.

11. Anteriormente este año, me hice Extranjera Residente Legal de los Estados Unidos.

12. Al presente me estoy quedando con mi hija, María Elvia Flores, en Chicago, Illinois.

13. Nuestro hijo Bolívar y mi hija María también viven en Chicago, Illinois.

14. Entré por primera vez a los Estados Unidos con una visa, como en 1984. Vine a visitar a mi hija mayor, Urbana, quien estaba viviendo en Texas.

15. Desde entonces, he regresado a los Estados Unidos con regularidad con visas, para visitarla a ella y a mis otros hijos que viven en los Estados Unidos. Por lo general me quedo en los Estados Unidos por seis meses a la vez, antes de volver a México y solicitar otra visa.

16. Osiel está actualmente en San José, California, donde vivía antes de ser arrestado en este caso.

17. Osiel nació el 19 de septiembre de 1969 en una pequeña población del Estado de México, llamada Palmar Chico.

18. Osiel fue a la primaria en México hasta como los doce años de edad y estaba en 6° grado,

1 cuando tuvo qué dejar de ir a la escuela para conseguir un trabajo y ayudar a mantener a la familia.

2 20. Cuando Osiel tenía 15 años, como en 1984, vino a los Estados Unidos donde algunos de sus hermanos, hermanas y primos ya estaban viviendo, para encontrar trabajo.

21. Osiel nunca se ha casado, y nunca ha tenido hijos propios.

22. Osiel ha vivido en diferentes lugares desde que vino a los Estados Unidos. Se mudaba seguido para encontrar empleo.

23. Recuerdo que Osiel trabajó en Florida con su primo, Óscar Medrona, durante unos cuántos años al principio cuando entró a los Estados Unidos a principios de los 80.

24. Osiel también vivió y trabajó en el Estado de Georgia, donde tenía otros primos, y en el Estado de Texas, donde viven muchos de sus hermanos y hermanas.

Yo declaro bajo protesta de decir verdad que lo anterior es verdadero y correcto, excepto por los asuntos manifestados por información y convicción, y respecto de esos asuntos, estoy informada y creo que son verdaderos. Suscrito hoy día ____ de abril en Chicago, Illinois.

_____
ADALBERTA PÉREZ-BERRUM

DECLARACIÓN DE
ADALBERTA PÉREZ-BERRUM            3