# EXHIBIT V

1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant VERGARA-PEREZ

6

7                IN THE UNITED STATES DISTRICT COURT
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )  No. CR- 07-00595 JF
11                                  )
                   Plaintiff,       )  **DECLARATION OF**
12                                  )  **MARIA ADENIS VERGARA**
   vs.                              )
13                                  )
   OSIEL VERGARA-PEREZ,             )
14                                  )
                   Defendant.       )
15 _____  )

16

17         I, MARIA ADENIS VERGARA hereby declare:

18         1. I am an older sister of Osiel Vergara-Perez. There are twelve children in our family.

19         2. I was born on March 19, 1974, in Palmar Chico, in the State of Mexico.

20         3. I have not seen Osiel for many years, however, in spite of not seeing him I have kept

21 in contact with Osiel by telephone, and I feel very close to him.

22         4. I usually speak to him at least one time per month on the phone, but often he calls me

23 every week or so.

24         5. The last time that I spoke to him was last week when he called me from the jail in

25 San Jose, California.

26

DECLARATION OF
MARIA ADENIS VERGARA                        1

6. I have been living in Kerrville, Texas, for nine years. My sisters, Zoila and Urbana, my brother Areli, and both of my parents also live in Kerrville.

7. Our brother, Bolivar, and our sisters, Maria, and Maria Elvia all live in Chicago, Illinois.

8. Osiel sends money to our mother on a regular basis. She depends on receiving his money for her living expenses. Osiel also sometimes sends money to our father.

9. It has been especially difficult for me to see Osiel since he was deported to Mexico in 2000. If Osiel were to be deported again, I feel that it would be even more difficult to see him.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true. Executed this ____ day of March, at Kerrville, Texas.

_____
MARIA ADENIS VERGARA

DECLARATION OF
MARIA ADENIS VERGARA                    2

## CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, Ana Detrinidad, do hereby certify that I have, to the best of my ability, translated from English to Spanish the attached 2-page Declaration of Maria Adenis Vergara in the matter of USA v. Osiel Vergara-Perez, CR-07-00595 JF.

I am a Federally Certified Court Interpreter qualified by the Administrative Office of the United States Courts under Certificate No. 02-018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on the 14th day of April, 2008, in San Jose, California.

*A. Detrinidad*
Ana Detrinidad
Certified Court Interpreter
870 Chagall Road
San Jose, CA 95138
(408) 482-9103

1  BARRY J. PORTMAN
   Defensor Público Federal
2  MANUEL U. ARAUJO
   Defensor Público Federal Adjunto
3  160 West Santa Clara Street, Suite 575
   San José, CA 95113
4  Teléfono: (408) 291-7753
5
   Abogado de la Parte Inculpada VERGARA-PÉREZ
6

7              EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

8                   PARA EL DISTRITO NORTE DE CALIFORNIA

9

10 ESTADOS UNIDOS DE NORTEAMÉRICA,    )   No. CR-07-00595 JF
                                      )
11              Parte Acusadora,      )   **DECLARACIÓN DE**
                                      )   **MARÍA ADENIS VERGARA**
12 vs.                                )
                                      )
13 OSIEL VERGARA-PÉREZ,               )
                                      )
14              Parte Inculpada.      )
15 _____)

16

17      Yo, MARÍA ADENIS VERGARA por medio del presente manifiesto que:

18      1. Soy una hermana mayor de Osiel Vergara-Pérez. Hay doce hijos en nuestra familia.

19      2. Nací el 19 de marzo de 1974 en Palmar Chico, en el Estado de México.

20      3. No he visto a Osiel por muchos años, sin embargo, a pesar de no verlo he seguido en

21 contacto con Osiel por teléfono y me siento muy cerca de él.

22      4. Por lo general hablo con él cuando menos una vez al mes por teléfono, pero con frecuencia

23 me llama cada semana más o menos.

24      5. La última vez que hablé con él fue la semana pasada cuando me llamó de la cárcel en San

25 José, California.

26      6. He estado viviendo en Kerrville, Texas, por nueve años. Mis hermanas Zoila y Urbana, mi

DECLARACIÓN DE                    1
MARÍA ADENIS VERGARA

1. hermano Areli, y mis padres también viven en Kerrville.

2. 7. Nuestro hermano Bolívar y nuestras hermanas María y María Elvia, todos viven en Chicago, Illinois.

3. 8. Osiel envía dinero a nuestra madre con regularidad. Ella depende de recibir este dinero para su manutención. Osiel también a veces le manda dinero a nuestro padre.

4. 9. Ha sido especialmente difícil para mí ver a Osiel desde que fue deportado a México en el 2000. Si Osiel fuera deportado de nuevo, siento que sería aún más difícil verlo.

Yo declaro bajo protesta de decir verdad que lo anterior es verdadero y correcto, excepto por los asuntos manifestados por información y convicción, y respecto de esos asuntos, estoy informada y creo que son verdaderos. Suscrito hoy día ____ de abril en Kerrville, Texas.

_____
MARÍA ADENIS VERGARA

DECLARACIÓN DE
MARÍA ADENIS VERGARA                                2