# EXHIBIT W

BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VERGARA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- 07-00595 JF |
| Plaintiff, ) | **DECLARATION OF** |
| ) | **ZOILA VERGARA** |
| vs. ) | |
| OSIEL VERGARA-PEREZ, ) | |
| Defendant. ) | |

I, ZOILA VERGARA hereby declare:

1. I am an older sister of Osiel Vergara-Perez.

2. I am the fifth born child of the twelve children in our family.

3. My date of birth was June 25, 1963. I was born in Palmar Chico, in the State of Mexico.

4. I have been living in Kerrville, Texas, for twelve years. My father, Alvoro Perez, my brother Areli, and my sisters, Urbana, and Maria Adenis, also live in Kerrville.

5. My brother, Osiel, came to the United States in about 1984.

6. I have not seen him for a number of years, but I feel very close to him.

7. Before Osiel was arrested he used to call me almost every month.

8. Osiel has always sent money to our parents, who are retired, for their living expenses.

DECLARATION OF
ZOILA VERGARA-PEREZ                          1

9. Our father lives in the home of our sister, Maria Adenis, in Kerrville, Texas. Maria Adenis has seven children. It is a financial burden on my sister to provide for all of her children and also our father. Our father depends on the money that Osiel sends to him.

10. It would be a hardship for Osiel if he were deported to Mexico again. Almost all of our family now lives in the United States. It has been a number of years since Osiel has lived in Mexico, and he would be a stranger there.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true. Executed this ____ day of April, at Kerrville, Texas.

_____
ZOILA VERGARA-PEREZ

DECLARATION OF
ZOILA VERGARA-PEREZ                    2

## CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, Ana Detrinidad, do hereby certify that I have, to the best of my ability, translated from English to Spanish the attached 2-page Declaration of Zoila Vergara in the matter of USA v. Osiel Vergara-Perez, CR-07-00595 JF.

I am a Federally Certified Court Interpreter qualified by the Administrative Office of the United States Courts under Certificate No. 02-018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on the 14th day of April, 2008, in San Jose, California.

*A. Detrinidad*
Ana Detrinidad
Certified Court Interpreter
870 Chagall Road
San Jose, CA 95138
(408) 482-9103

```
 1  BARRY J. PORTMAN
    Defensor Público Federal
 2  MANUEL U. ARAUJO
    Defensor Público Federal Adjunto
 3  160 West Santa Clara Street, Suite 575
    San José, CA 95113
 4  Teléfono: (408) 291-7753
 5
    Abogado de la Parte Inculpada VERGARA-PÉREZ
 6
```

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO NORTE DE CALIFORNIA

| | | |
|---|---|---|
| ESTADOS UNIDOS DE NORTEAMÉRICA, | ) | No. CR-07-00595 JF |
| Parte Acusadora, | ) ) | **DECLARACIÓN DE ZOILA VERGARA** |
| vs. | ) ) | |
| OSIEL VERGARA-PÉREZ, | ) ) | |
| Parte Inculpada. | ) ) | |

Yo, ZOILA VERGARA por medio del presente manifiesto que:

1. Soy una hermana mayor de Osiel Vergara-Pérez.

2. Soy la quinta de los doce hijos que nacieron en nuestra familia.

3. Mi fecha de nacimiento fue el 25 de junio de 1963. Nací en Palmar Chico, en el Estado de México.

4. He estado viviendo en Kerrville, Texas, por doce años. Mi padre Alvoro Pérez, mi hermano Areli, y mis hermanas Urbana y María Adenis también viven en Kerrville.

5. Mi hermano Osiel, vino a los Estados Unidos como en 1984.

6. No lo he visto durante un número de años, pero me siento muy cerca de él.

7. Antes de que Osiel fuera arrestado, me llamaba casi cada mes.

8. Osiel siempre ha enviado dinero a nuestros padres, ya jubilados, para su manutención.

ZOILA VERGARA-PÉREZ                1

9. Nuestro padre vive en el hogar de nuestra hermana María Adenis en Kerrville, Texas. María Adenis tiene siete hijos. Es una carga económica para mi hermana proveer para todos sus hijos y también para nuestro padre. Nuestro padre depende del dinero que Osiel le manda.

10. Sería grave para Osiel si lo deportaran a México otra vez. Casi toda nuestra familia vive en los Estaos Unidos ahora. Han pasado un número de años desde que Osiel ha vivido en México, y él sería un extraño allí.

Yo declaro bajo protesta de decir verdad que lo anterior es verdadero y correcto, excepto por los asuntos manifestados por información y convicción, y respecto de esos asuntos, estoy informada y creo que son verdaderos. Suscrito hoy día __9__ de abril en Kerrville, Texas.

*Zoila Vergara perc?*
ZOILA VERGARA-PÉREZ