1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant VERGARA-PEREZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR- 07-00595 JF
11                                   )
              Plaintiff,             )   **AMENDED EXHIBIT**
12                                   )
   vs.                               )
13                                   )
   OSIEL VERGARA-PEREZ,              )
14                                   )
              Defendant.             )
15 _____)

16

17

18

19

20

21

22

23

24

25

26

AMENDED EXHIBIT                         1

# EXHIBIT I

BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant VERGARA-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSIEL VERGARA-PEREZ,<br><br>    Defendant. | No. CR- 07-00595 JF<br><br>**DECLARATION OF**<br>**ARELI VERGARA-PEREZ** |

I, ARELI VERGARA-PEREZ hereby declare:

1. I am a brother of Osiel Vergara-Perez.

2. There were twelve children in our family.

3. I was born in Palmar Chico, in the State of Mexico on September 16, 1965.

4. I first came to the United States in 1986, and I have settled in Kerrville, Texas.

5. I have become a United States Resident Alien, and I have owned two restaurants in Kerrville. The first one I owned for nine years, and I am currently operating the second one.

6. Both Osiel's and my parents, and three of our sisters, Urbana, Zoila, and Maria Adenis, have also lived in Kerrville.

7. Our Brother, Bolivar, and our sisters Maria Elvia, and Maria, live in Chicago, Illinois.

8. Osiel was only able to attend school in Mexico through the fourth or fifth grade before

DECLARATION OF
ARELI VERGARA-PEREZ                    1

he was forced by our family's poor economic conditions to find employment.

9. Osiel left Mexico when he was fifteen years old to come to the United States to find work so that he could send money home to our parents.

10. Since coming to the United States, Osiel, who has never married or had children, has traveled to many different states to look for work.

11. Osiel's having been deported in 2000, had a negative impact on Osiels's ability to visit me and the rest of my brothers and sisters, and our parents, in the United States.

12. Even though we have not seen each other for may years, Osiel and I remain in close contact with one another by telephone.

13. It would have a very negative impact on our family if Osiel were deported to Mexico again. It would make it even more difficult for me to stay in contact with him since, because of my work as the owner of a restaurant, and my family responsibilities, it would not be possible for me to travel to Mexico to visit Osiel.

14. It would a hardship for my parents, and especially my mother, if Osiel were deported again, as she depends on the money that Osiel sends to her for her living expenses.

15. I feel that it would also be a hardship on Osiel to be deported to Mexico since it has been many years since Osiel lived in Mexico, and most of our family is now in the United States.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true. Executed this 15 day of May, 2008, at Kerrville, Texas.

*Areli P Vergara*
ARELI VERGARA-PEREZ

DECLARATION OF
ARELI VERGARA-PEREZ                                2