JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile: (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    CR 07-00595 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING THE STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | FROM JUNE 18, 2008 TO JULY 30, 2008 |
| OSIEL VERGARA-PEREZ, | ) | FROM CALCULATIONS UNDER THE |
| | ) | SPEEDY TRIAL ACT. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On May 8, 2008, defendant Osiel Vergara-Perez appeared for a status conference before this Court. Assistant Federal Public Defender Manuel Araujo appeared on behalf of the defendant. Special Assistant United States Attorney Benjamin Kennedy appeared for the government. At that time, the Court set the matter for a further status conference and motions hearing on June 18, 2008.

The basis for this extension is to allow the government time to transition the case to another attorney within the office, including time for the new attorney to familiarize himself with the case and prepare a responsive brief in this matter. The government also has numerous other

1

professional commitments during this time period.

Additionally, the defendant understands and agrees to an exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from June 18, 2008 through July 30, 2008, based upon the need for the defense counsel to further investigate the facts of the present case, and evaluate further possible defenses and motions available to the defendant.

The attorney for the defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from June 18, 2008 through July 30, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding the period from June 18, 2008 through July 30, 2008, from calculations under the Speedy Trial Act and that the requested exclusion outweighs the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: May 23, 2008                    JOSEPH P. RUSSONIELLO
                                       United States Attorney


                                          /s/
                                       BENJAMIN T. KENNEDY
                                       Assistant United States Attorney


                                          /s/
                                       MANUEL ARAUJO
                                       Assistant Federal Public Defender

**ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from June 18, 2008 through July 30, 2008, based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations under the Speedy Trial Act the period from June 18, 2008 through July 30, 2008.

Accordingly, the Court further orders that: (1) the status conference set for June 18, 2008 is vacated and that the next appearance date before this Court is scheduled for July 30, 2008 at 9:00 a.m.; and (2) the period from June 18, 2008 through July 30, 2008 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: _____

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE