UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>V.<br>OSIEL VERGARA-PEREZ,<br>    Defendant. | Case Number CR-07-00595-JF<br><br>Motion Hearing<br><br>August 13, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The motion hearing set on July 30, 2008 is continued to August 13, 2008 at 9:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

July 25, 2008

For the Court
Richard W. Wieking, Clerk

By: /s/
Diana Munz
Courtroom Deputy Clerk