| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | CHAD MANDELL (ILBN 6286783)<br>Assistant United States Attorney |

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile: (408) 535-5081
chad.mandell@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 00595 JF |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| OSIEL VERGARA-PEREZ | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice as to defendant Osiel Vergara-Perez.

DATED:                                                         Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
CHAD MANDELL
Special Assistant United States Attorney


NOTICE OF DISMISSAL - CR 07 00595 JF

1  Leave of Court is granted to the government to dismiss that indictment without prejudice as to
2  defendant Osiel Vergara-Perez
3
4  Date: _____                           _____
                                                  JEREMY FOGEL
5                                                 United States District Judge

NOTICE OF DISMISSAL - CR 07-70562 RMW2