UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Law and Motion Hearing, August 13, 2008
**Case Number:** CR-07-00595-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**  **UNITED STATES OF AMERICA V. OSIEL VERGARA-PEREZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Osiel Vergara-Perez |
| Attorneys Present: Chad Mandell | Attorneys Present: Manuel Araujo |

PROCEEDINGS:

Hearing on Motion to Dismiss held. Counsel, Spanish interpreter Lupita Arce and defendant are present. The Court grants plaintiff's motion to dismiss and discharges the defendant from federal custody.

Case 5:07-cr-00595-JF   Document 38   Filed 08/13/2008   Page 1 of 1