| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>   United States Attorney<br>2<br>   BRIAN J. STRETCH (CSBN 163973)<br>3  Chief, Criminal Division<br>4  CHAD MANDELL (ILBN 6286783)<br>   Assistant United States Attorney<br>5<br>     150 South Almaden Boulevard, Suite 900<br>6    San Jose, California 95113<br>     Telephone: (408) 535-2695<br>7    Facsimile: (408) 535-5081<br>     chad.mandell@usdoj.gov | **FILED**<br>AUG 1 4 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　v.<br>OSIEL VERGARA-PEREZ<br>　　　Defendant. | No. CR 07 00595 JF<br><br>NOTICE OF DISMISSAL |

　　With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice as to defendant Osiel Vergara-Perez.

DATED:　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　CHAD MANDELL
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

NOTICE OF DISMISSAL - CR 07 00595 JF

1  Leave of Court is granted to the government to dismiss that indictment without prejudice as to
2  defendant Osiel Vergara-Perez
3
4  Date: _____

JEREMY FOGEL
United States District Judge

NOTICE OF DISMISSAL - CR 07-70562 RMW2